**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ISLAND PEAK GROUP, LLC D/B/A TEXAS TAX PROTEST,** | § § § | |
| *Plaintiff/Consolidated Defendant,* | § § | **Case No. 3:24-cv-03135-D** |
| **vs.** | § § | **Consolidated with:** |
| **OWNWELL, INC.,** | § § | **Case No. 3:25-cv-1073** |
| *Defendant/Consolidated Plaintiff,* | § § § | |

**CONSOLIDATED PLAINTIFF OWNWELL, INC.'S SECOND AMENDED**
**COMPLAINT IN CONSOLIDATED CASE, C.A.: 3:25-cv-1073**

Defendant/Consolidated Plaintiff Ownwell, Inc. ("Ownwell"), by and through its undersigned counsel, hereby submits its "Second Amended Complaint" (a/k/a "SAC") against Plaintiff/Consolidated Defendant Island Peak Group, LLC's (d/b/a Texas Tax Protest and Icon Property Tax Appeal) ("Island Peak" or "TTP" or "Icon") in the consolidated case, *Ownwell, Inc., v. Icon Property Tax Appeal, a/k/a Island peak Group, LLC d/b/a Texas Tax Protest*, 3:25-cv-1073 ("Second Case"), alleging as follows:

## I.    Nature of the Action

1.      This is a civil action for damages and to enjoin acts of the following: (1) false advertising under section 43(a) of the Lanham act, (2) copyright infringement, (3) federal trade dress infringement and false designation of origin under section 43(a) of the Lanham Act, (4) unfair competition and misappropriation, (5) unjust enrichment, (6) breach of contract, and (7) violation of the Computer Fraud and Abuse Act ("CFAA"), all arising from or related to Island Peak sale and offer for sale of tax consulting services, including tax protest services, and violations

of the applicable Terms of Service for Ownwell's *www.ownwell.com* website and domain (hereinafter, "Ownwell's Website").

## II.   The Parties

2.      Defendant/Consolidated Plaintiff Ownwell is a Delaware corporation with its principal office located in Austin, Texas.

3.      Plaintiff/Consolidated Defendant Island Peak is a Texas limited liability corporation, with, upon information and belief, a principal place of business at 2911 Turtle Creek Boulevard, Suite 300, Dallas, Texas 75219, when operating as TTP, and a principal place of business at 101 North Tryon St., Suite 112, Charlotte, NC 28246, when operating as Icon. Island Peak may be served with process through its registered agent in the state of Texas, Gregory W. Monroe, 1612 Summit Avenue, Suite 100, Fort Worth, Texas 76102.

4.      Island Peak operates under the assumed names and brands, Icon and TTP. The Assumed Name Certificate for Filing with the [Texas] Secretary of State for both Icon and TTP are attached as Exhibits A and B, respectively. Icon itself has stated that it operates under the assumed names and brands ICON and TTP.

## III.   Jurisdiction and Venue

5.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 1338 because Ownwell's claims involve violations of the Lanham Act, the U.S. Copyright Act, and the Computer Fraud and Abuse Act.

6.      This Court has supplemental jurisdiction over the claims in this SAC that arise under the law of the State of Texas pursuant to 28 U.S.C. § 1367(a), because state law claims are so related to the federal claims that they form a part of the same case or controversy and derive from a common nucleus of operate facts.

7. The Court has personal jurisdiction over Island Peak because they can be found in, resides in, and transacts business in the Northern District of Texas ("District").

8. Island Peak have established minimum contacts with this District such that subjecting Island Peak to personal jurisdiction in this Court will not offend traditional notions of fair play and substantial justice.

9. Island Peak sells and offers for sale its services, including its property tax consulting and protesting services, to consumers who reside in Texas, including in this District. In addition, Island Peak's *https://www.iconpropertytax.com/* website and domain (hereinafter, "Icon Website"), which is accessible in Texas and allows Texas residents to review a purported estimate of the potential savings, qualifies as highly interactive because it facilitates contracting and repeated file transfers between Icon and consumers who reside in this District.

10. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Island Peak can be found in, resides in, and transacts business, directly or through intermediaries, in this District; acts prohibited by 15 U.S.C. § 1051 *et seq.*, the Lanham Act, 17 U.S.C. § 101 *et seq.*, the U.S. Copyright Act, and 18 U.S.C. § 1030 *et seq.*, the Computer Fraud and Abuse Act, occurred within this District; and a substantial part of the events or omissions giving rise to the claims alleged in this SAC occurred in this District.

## IV.    Related and Consolidated Case

11. Defendant/Consolidated Plaintiff Ownwell and Plaintiff/Consolidated Defendant Island Peak d/b/a TTP are adverse parties in *Island Peak Group, LLC d/b/a Texas Tax Protest v. Ownwell, Inc.*, C.A.: 3:24-cv-3135 (N. D. Tex.) (hereinafter, "First Case"), which is currently pending in this District and has been consolidated by the Court's Order (Dkt. 39) with this case, C.A.: 3:25-cv-1073.

## V.    Background

12.    Every year, local governments, including those in Texas, assess the value of every piece of property within their jurisdiction, including homes in this District and certain other states, for property tax purposes. This assessed value forms the basis for determining a property owner's total property tax bill. Ultimately, a property owner's tax bill depends on several different factors, including the applicable tax rate that applies for a particular area and whether certain exemptions can be claimed. Once the estimate for a particular property is completed, an annual property valuation notice, featuring the new assessed value, is issued to the property owner.

13.    Tax assessors work hard to get the estimated value correct, but sometimes they do not have the complete picture and improperly inflate a property's assessed value.

14.    In several states, such as Texas, a property owner does not have to accept an improperly inflated value for their property. Mechanisms and procedures exist in these states to facilitate a property owner's ability to challenge the estimated value of their property.

15.    By filing a protest, a property owner can potentially reduce the assessed estimated market value, which, in turn, would reduce the basis used to calculate their property taxes.

16.    While this process is available for all property owners in Texas and other applicable states, it requires assembling evidence, engaging in negotiations, and attending hearings, all of which are time-consuming and can be a hassle, especially if the property owner is unfamiliar with how the process works.

17.    Further, there are limitations and filing deadlines associated with filing a protest. For example, in Texas, a property owner has thirty days from the date they receive their "Notice of Appraised Value" from their Appraisal District or until May 15th of that same year to file their appeal.

18.    In other words, protesting an improperly inflated assessment of a property's value can require a property owner to commit a substantial amount of time and effort, all under a strict time frame, and there is no guarantee that the protest will be successful.

19.    Consequently, a competitive market has arisen in Texas and other applicable states, consisting of tax consultants with knowledge and experience offering to prepare and conduct property tax protests on behalf of property owners for a fee. Ownwell and Defendant are competitors in this market and compete for many of the same customers.

20.    Upon information and belief, since its establishment in 2010, Defendant has offered tax consulting services, including tax protest services, to residents of Texas and possibly other states as well.

21.    Upon information and belief, the Defendant has offered its tax consulting services to Texas residents under the name Texas Tax Protest (a/k/a TTP).

22.    Upon information and belief, Defendant began operating under the name of Icon Property Tax Appeal on or about January 31, 2019.

## VI.    Ownwell Revolutionizes the Market

23.    Before Ownwell entered the market in 2020, the property tax protest marketplace looked very different. Property tax filings are inherently fact-intensive, and determining savings involves considering a variety of property-specific factors, including ever-changing county tax rates, exemptions, and property conditions, not to mention careful scrutiny of prior filings and records. Typical industry practice is for companies like Defendant to demand that customers sign up with them, undergo a lengthy consultation, and prepare tax protests and/or appeals to realize potential tax savings.

5

24.    Ownwell has dramatically improved upon this antiquated process by offering consumers a quick way to obtain an estimate of potential savings without any commitment, based on aggregate and historical data generated from consumers' addresses.

25.    Ownwell's algorithms utilize publicly available and privately acquired real estate data to analyze the potential customers' opportunities to reduce a property assessment via an appeal. The results of this analysis, computed on high-powered servers, are cached and indexed for efficient retrieval. In other words, Ownwell is already familiar with and has analyzed any potential customer's property prior to the customer ever engaging with Ownwell. While the estimated savings may appear "instantaneous," this "quick estimate" is accomplished by putting in the necessary hard work and commitment of resources before a potential consumer has even considered engaging with Ownwell.

## VII.    Dispute between Ownwell and Island Peak

26.    Upon information and belief, Island Peak, unwilling or unable to compete on the merits, has instead sought to weaponize the legal system to undermine Ownwell's success.

27.    On or about May 1, 2024, Island Peak sent a cease-and-desist letter ("C&D") to Ownwell's Chief Executive Officer, accusing Ownwell of violating the Lanham Act and other purported misdeeds by engaging in a successful marketing campaign.

28.    Ownwell responded to the C&D Letter on or about May 14, 2024, rebutting all of the Island Peak's allegations, demonstrating that all of them were meritless.

29.    Island Peak did not respond.

30.    Instead, on December 13, 2024, Island Peak initiated the First Case against Ownwell, alleging that several of Ownwell's advertisements violated the Lanham Act and constituted acts of unfair competition.

31.    Ownwell responded by filing a motion to dismiss, asserting, inter alia, every identified statement alleged to be false by Island Peak in the Related Case is actually, literally true, and all of Island Peak's allegations are premised on purposefully misinterpreting the statements, ignoring clearly visible qualifying language or disclosures, or pretending the statements say something that they do not actually say.

32.    The Court in the First Case granted in part and denied in part Ownwell's motion to dismiss.

33.    Before its motion to dismiss was decided, Ownwell became aware that Island Peak was also operating under its Icon Property Tax Appeal name and brand, one of its assumed names.

## VIII.    Icon's Copyright and Trade Dress Infringement

34.    For example, on or about April 15, 2025, Icon updated and launched its Website, which had been registered on December 19, 2024, to mimic the appearance of Ownwell's Website, including literally copying and pasting portions of Ownwell's Website into Icon's Website.

35.    For example, below on the left are snippets taken from *https://www.iconpropertytax.com/* ("Icon Website"),[1] which is attached as Exhibit D.[2] Below on the right are snippets taken from Ownwell's Website, which is attached as Exhibit E.



How is your fee calculated?

Our fee is applied to actual property tax savings in the year we appeal. For instance, if our fee is 25% and your property tax bill is reduced from $5,000 to $4,000 our fee will be applied to the $1,000 difference. In this case, the final invoice amount would be $250. You can find pricing for your region here.

How is your fee calculated?

Our fee is applied to actual property tax savings in the year we appeal. For instance, if our fee is 25% and your property tax bill is reduced from $5,000 to $4,000 our fee will be applied to the $1,000 difference. In this case, the final invoice amount would be $250. You can find pricing for your region here.

---

[1] The advertisements below also appear on *https://www.iconpropertytax.com/#how-you-can-save* ("Save Page") webpage, which is a part of the Icon Website.

[2] Exhibit C and Exhibit D are both screenshots of https://www.iconpropertytax.com/. The only difference between the two is that the eight questions and responses contained in the "Common Questions" section have been expanded in Exhibit D, whereas they remain compressed in the screenshot featured in Exhibit C. It is the same webpage and the same content in both, with Exhibit D allowing for more content to be visible.



**Is there any risk to my property by signing up?**

There is no risk to signing up a property to protest in Texas, California, New York and Florida. In Tenessee and North Carolina it is possible that a property's taxable value can increase, however we review all relevant market data before filing. If we think there is any risk then we will inform you that we are not filing. It's still important to review your property taxes each year to ensure you're only ever paying what's fair.

**Is there any risk to my property by signing up?**

There is no risk to signing up a property to protest or appeal in Texas, California, New York and Florida. In Washington and Georgia it is possible that a property's taxable value can increase, however we review all relevant market data before filing. If we think there is any risk then we will inform you that we are not filing. It's still important to review your property taxes each year to ensure you're only ever paying what's fair.



**How are property taxes calculated?**

Each year, the county tax assessor generates an estimated market value and an "assessed value" for each property. These values form the base value ("basis") upon which the property is taxed. The basis is multiplied by the tax rate for your specific tax jurisdictions to calculate the property tax bill.

**How are property taxes calculated?**

Each year, the county tax assessor generates an estimated market value and an "assessed value" for each property. These values form the base value ("basis") upon which the property is taxed. The basis is multiplied by the tax rate for your specific tax jurisdictions to calculate the property tax bill.

(Ex. D)                    (Ex. E).[3]

The text featured on the Icon Website was, upon information and belief, literally copied from Ownwell's Website and pasted into the Icon Website without any edits, with one minor exception: Island Peak replaced Washington and Georgia with Tennessee and North Carolina in the "Is there any risk to my property by signing up?" work.

36.    However, simply listing two new states, when the rest of the text is a verbatim copy, does not constitute a material difference in any way.

37.    In addition, a comparison of the "How is your fee calculated?" work taken from the Icon Website that is provided above to the corresponding section on the Ownwell Website is also telling. Ownwell's work includes a link to the pricing for a specific region, which is set off by the

---

[3] The sections are featured in a compressed format on Ownwell's Website, which only allows for one to be uncompressed at a time. The snippets above are from the corresponding uncompressed section as it appears on Ownwell's Website.

"here" term transcribed in blue font; a practice that is normally done to signify the term is functioning as a hyperlink on the webpage. See below:

find pricing for your region here.

(Ex. E).

38.     By comparison, the Icon Website includes the exact same text word for word, directing the user to click on the "here" link, but there is not an actual hyperlink, and the "here" term has not been set off in blue, as is common practice with hyperlinks.  Therefore, upon information and belief, Icon copied and pasted the text straight from Ownwell's page without bothering to check to make sure that any embedded links were included or handled appropriately or that they actually made sense in context. See below:

pricing for your region here.

(Ex. D).

39.     On or about July 16, 2025, Ownwell submitted three applications to the U.S. Copyright office to obtain copyright registrations for its (1) "How is your fee calculated?" work, (2) "Is there any risk to my property by signing up?" work, and (3) "How are property taxes calculated?" work, individually (hereinafter, all three works are referred to as the ("Copyrighted Works").

40.     All three copyright applications are officially registered with an effective date of July 16, 2025.

41.     Attached as Exhibit O is a true and correct copy of Ownwell's certificate of registration for its "How is your fee calculated?" work, U.S. Copyright Reg. No.: TX 9-519-766.

9

42.     Attached as Exhibit P is a true and correct copy of Ownwell's certificate of registration for its "Is there any risk to my property by signing up?" work, U.S. Copyright Reg. No.: TX 9-519-219.

43.     Attached as Exhibit Q is a true and correct copy of Ownwell's certificate of registration for its "How are property taxes calculated?" work, U.S. Copyright Reg. No.: TX 9-519-215.

44.     Ownwell created the Copyrighted Works, along with the other contents on the Ownwell Website with the intention of them being used commercially and for the purpose of display and/or public distribution.

45.     Island Peak is the owner of the Icon Website.

46.     Island Peak is responsible for the content appearing on the Icon Website.

47.     Upon information and belief, the Icon Website is a key component of Island Peak's commercial success.

48.     Upon information and belief, Island Peak is a sophisticated business, which owns a comprehensive portfolio of digital assets and has advanced operational and strategic expertise in an industry where copyright is prevalent.

49.     Upon information and belief, Island Peak has significant experience in copyright matters and is familiar with specific industry-wide best practices, including the need to ensure that images used in their advertisements have been properly licenses.

50.     Upon information and belief, Island Peak has not implemented adequate internal policies to verify copyright ownership before content use, indicating a gross negligence in legal compliance, which is essential for a company with Island Peak's reach, capabilities, and level of sophistication.

51. Upon information and belief, Island Peak's internal policies, if any, are either not designed to verify copyright ownership before content use, or are systematically ignored, indicating a willful, recuring disregard for copyright compliance.

52. Island Peak's failure to adopt or effectively enforce internal copyright policies, if any, indicates, at minimum, *de facto* willful infringement.

53. At least as early as April 15, 2025, Island Peak has been prominently featuring all three Copyrighted Works on the Icon Website.

54. Island Peak received actual notice that it was infringing all three of Ownwell's Copyrighted Works at least as early as April 30, 2025, when Ownwell filed its original complaint in *Ownwell, Inc., v. Icon Property Tax Appeal, a/k/a Island peak Group, LLC d/b/a Texas Tax Protest*, 3:25-cv-1073 (the Second Case).

55. Despite being aware that it was infringing Ownwell's Copyrighted Works since the original complaint was filed, Island Peak has refused to take down the infringing content from the Icon Website.

56. Consequently, at least as early as April 30, 2025, Island Peak's infringement of Ownwell's Copyrighted Works has been willful.

57. Below are snippets taken from the Icon Website, dated July 27, 2027, demonstrating Island Peak's ongoing infringement:

 How is your fee calculated?

Our fee is applied to actual property tax savings in the year we appeal. For instance, if our fee is 25% and your property tax bill is reduced from $5,000 to $4,000 our fee will be applied to the $1,000 difference. In this case, the final invoice amount would be $250. You can find pricing for your region here.



**How are property taxes calculated?**

Each year, the county tax assessor generates an estimated market value and an "assessed value" for each property. These values form the base value ("basis") upon which the property is taxed. The basis is multiplied by the tax rate for your specific tax jurisdictions to calculate the property tax bill.



**Is there any risk to my property by signing up?**

There is no risk to signing up a property to protest in Texas, California, New York and Florida. In Tenessee and North Carolina it is possible that a property's taxable value can increase, however we review all relevant market data before filing. If we think there is any risk then we will inform you that we are not filing. It's still important to review your property taxes each year to ensure you're only ever paying what's fair.

Ex. S[4]

58.     Upon information and belief, Island Peak engaged in infringement of the Copyrighted Works knowingly and in violation of applicable United States copyright laws.

59.     Island Peak, at the time infringement began, possessed, and currently still has, complete control over actively reviewing and monitoring the content posted onto the Icon Website.

60.     Island Peak has the legal right and ability to control and limit the infringing activities on the Icon Website and exercised and/or had the right and ability to exercise such right.

61.     Upon information and belief, Island Peak has received a financial benefit directly attributable to the infringement of the Icon Website.

62.     Upon information and belief, Island Peak increased traffic and the number of customers who signed up to receive Island Peak's services, and, in turn, caused Island Peak to realize an increase in its business revenues.

---

[4] Exhibit R is a compressed version of the Website dated July 27, 2025, while Exhibit S is an expanded version of the Website dated July 27, 2025.

63.     Upon information and belief, Island Peak, at all times, had the ability to stop the reproduction and display of Ownwell's Copyrighted Works.

64.     Upon information and belief, Island Peak harmed the actual market for the Copyrighted Works and was so widespread as to harm Ownwell's potential market.

65.     The Copyrighted Works are more that digital assets. They represent the culmination of years of receiving consumer feedback and marketing experience, which constitute proprietary information, that Ownwell has distilled into well-crafted, specific responses to frequently asked questions. In other words, Ownwell has received consumer feedback over the years and crafted well thought out responses to effectively and efficiently answer common consumer questions and concerns, which include a condensed framework for a portion of Ownwell's business model,[5] that Island Peak took without assembling any of the underlying data or performing of the underlying work.

66.     When Island Peak stole Ownwell's Copyright Work, in addition to taking assets that belonged to Ownwell, it also took years of technical know-how and proprietary information to unfairly exploit as its own, which constitute an unearned benefit to Island Peak who got to skip ahead when it launched its Icon Website.

67.     After the Original Complaint was filed in the Second Case, meaning after Island Peak received actual notice of its infringement, Island Peak modified and republished the Icon Website. When it republished the Icon Website, it also republished the infringing content.

---

[5] Upon information and belief, Island Peak, operating as TTP, has a different business model and pricing structure than it does when operating as Icon, whose business model and pricing structure closely mimic Ownwell's. More specifically, upon information and belief, Island Peak, operating as TTP, requires its customers to undergo a lengthy consultation and fee negotiation, while Island Peak, operating as Icon, offers its potential customer a "quick" estimate and offers a flat fee that does not require a consultation or fee negotiations, thereby closely resembling Ownwell's model.

68.     Upon information and belief, Island Peak republished the infringing content on the new Icon Website after Ownwell's Copyright Work was registered.

69.     The similarities do not end with Island Peak blatantly copying and pasting content from the Ownwell Website. Since on or about March 13, 2023, Ownwell has maintained a substantially similar version of the "Landing Section" on the Ownwell Website, an exemplary image is reproduced below and attached as Exhibit E:



(Ex. E).

70.     Ownwell's Landing Section incorporates a distinctive trade dress that the public associates with Ownwell and is a part of Ownwell's "Trade Dress" for the Ownwell Website. Through Ownwell's hard work and substantial effort and resources, Ownwell's Trade Dress has become well known to consumers, has become associated with Ownwell, and serves as a source identifier for Ownwell's tax consulting services, including its property tax protest services, which are currently sold and offered for sale in several states including, but not limited to, Texas, California, New York, Florida, Washington, and Georgia.

71. Through extensive marketing, advertising, and sales, the Ownwell Trade Dress has become well known to consumers, and the services sold in association with it have acquired significant goodwill and a reputation for quality.

72. In fact, Ownwell has been featured on or heralded by the following news outlets: Houston Chronicle, TechCrunch, USA Today, Wall Street Journal, Yahoo! Finance, Bloomberg Business Insider, The Dallas Morning News, and Deloitte. (*See* Ex. E).

73. Ownwell has obtained for its customers over $10 Billion in total assessment reductions.

74. As of April 30, 2025, Ownwell had over 1,900 Google reviews, and the average was about 4.7 stars out of 5.

75. Island Peak, prior to launching the Icon Website on or about April 15, 2025, accessed or directed others to access the Ownwell Website and domain and copy images, text, design, selection, format, arrangement, and structure, as well as scrape significant amounts of data from the Ownwell Website and domain to, inter alia, mimic Ownwell's Trade Dress. (*See* Ex. V (ROG responses) ("In the process of designing a new website for Plaintiff's 'ICON Property Tax Appeal' brand and service, Plaintiff referenced several websites for tax protest providers, including Ownwell's website, to gather general ideas for the layout, formatting, and types of informational content typically included in the industry.") An example of the "Landing Section" for the Icon Website is below, dated April 23, 2025, which is also attached as Exhibit C:



76.    Notice that the layout is substantially and materially similar to Ownwell's Landing Section. For instance, both feature a (1) house in blue on the left-hand side, (2) blue background, (3) a call to save money prominently featured in the center, (4) a request to receive a physical address, and (5) a banner centered at the bottom that tells the customer that (a) they only pay if they save, (b) incur zero upfront fees, and (c) engage with tax experts with local experience, all in the same order and next to substantially similarly icons featured on Ownwell's Landing Section. (*Compare* Ex. C, *with* Ex. E).

77.    These are not the only similarities; see the following comparisons from other sections of the Icon Website below on the Left and the Ownwell Website below on the Right:



(Ex. C ).                                          (Ex. E)

78.    Notice that both feature a review wall organized and arranged in the exact same manner.



(Ex. C).                                           (Ex. E)

79.    Both feature a Frequently Asked Questions section or equivalent thereof, which includes 8 specific questions and answers, 3 of which were literally copied and pasted from the Ownwell Website onto the Icon Website as discussed above. *See supra* ¶¶ 41-44.

80.    The design, selection, composition, and arrangement of images and text, including the text that was copied verbatim, featured on the Ownwell Website are non-functional.

**IX.    Icon and TTP's False or Misleading Advertisements**

81.    Upon information and belief, Island Peak included several false or misleading advertisements on the Icon Website when it launched on or about April 15, 2025.

82.    For instance, Island Peak advertises on its Icon Website that 82% of its customers received a valuation reduction last year in the statement featured below, which can be found on the Icon Website:



(Ex. C).

83.    A similar percentage also appears on the frequently asked questions webpage that is part of the *www.texastaxprotest.com* website and domain (hereinafter, "TTP Website"), which is reproduced below:

> ⊗ What are the chances of successfully lowering my appraised value if I enroll?
>
> During the 2023 property tax protest season, we secured appraisal reductions for over 80% of our clients. Although we can't promise specific outcomes, we can provide average statistics from our previous work. For more detailed statistics, please explore our residential and commercial case studies.

(Ex. J).

84.     Upon information and belief, Island Peak has combined the statistics of its TTP and Icon brands to inflate their performance, which, to Ownwell's knowledge, is not disclosed by either brand.

85.     Further, upon information and belief, the discrepancy between the 82% and 80%, featured on both Icon Website and the TTP Website, respectively, is also not disclosed by either brand.

86.     Upon information and belief, Island Peak does not provide any advertising disclosures on either its Icon Website or its TPP Website or any website connected to or linked to said webpages that would alleviate any confusion arising from Island Peak's failure to disclose that it is combining the statistics from both its brands to improperly inflate the appearance of success for both brands. In addition, given the discrepancy between the 80% and 82%, and Island Peak, to Ownwell's knowledge, has not publicly disclosed how these numbers are calculated, it is entirely plausible that there is no factual basis for either number such that both are factually false.

87.     Consequently, Island Peak's 82% and 80% figures, as well as the $100,000,000 amount, are false on their face or at least deceptively misleading and are material to a consumer's decision to select Island Peak over Ownwell, meaning Ownwell has experienced cognizable harm as a result of the false or deceptive advertising.

88.     Island Peak officially launched its purported "comprehensive property insights dashboard" on April 15, 2025, which was made available to consumers, including those in Texas, via the Icon Website. See a portion of Island Peak's press release featured on the PR Newswire website, attached as Exhibit G,[6] about the launch below:

---

[6] *Icon Property Tax Launches Full-Service, No-Upfront-Fee Appeal Solution for Homeowners and Business*, PR NEWS.COM, *https://www.prnewswire.com/news-releases/icon-property-tax-launches-full-service-no-upfront-fee-appeal-solution-for-homeowners-and-businesses-302429533.html* (last visited April 23, 2025).



(Ex. G).

89.     Ownwell has also identified a potential issue with the reviews featured on the Icon Website and featured on Google.com.

90.     Reviewing the Icon Website indicates that Island Peak was operating under its Icon brand before the April 15, 2025, launch. The Review Wall featured on the Icon Website is reproduced below:



(Ex. C).

91.     The reviews above are all five-star glowing reviews, explicitly indicating that the average review on Google is 4.9. There is a link at the bottom that invites the viewer to read additional reviews.

92.     The link directs the viewer to an information page for Island Peak's Icon brand on Google.com.[7]

93.     The Information Page for the Island Peak operating under the Icon brand on Google also features glowing 5-star reviews, which is reproduced below:

(Ex. H).

---

[7] Icon Property Tax, Google.com, *https://www.google.com/maps/place/Icon+Property+Tax/@35.2277405,-80.8428463,929m/data=!3m2!1e3!4b1!4m6!3m5!1s0x8856a18cf6beb9d3:0x651d25cbed9508f8!8m2!3d35.2277405 !4d-80.8428463!16s%2Fg%2F11fjtp7r3_?entry=ttu&g_ep=EgoyMDI1MDQxNi4xIKXMDSoJLDEwMjExNDU1SAFQ Aw%3D%3D* (last visited April 21, 2025).

94.    At the time the original complaint was prepared, there were 236 reviews collected on Google.com, and the average was five stars. Upon information and belief, all or a substantial number of the 236 reviews for Icon and featured on Google.com were posted within the last 2-3 months. (*See id*.).

95.    Upon information and belief, there was one rating among the 236 ratings collected by Google.com for less than five stars. It was submitted by a reviewer identified as Sean McGuire, and the associated review is reproduced below:



(Ex. K).

96.  This reviewer, Sean McGuire, also provided a review for TTP 2 months ago, indicating that there is some connection between the two reviews.

97.  The Sean McGuire reviewer is not the only reviewer to contemporaneously provide reviews for Icon and TTP.  See, for example, the following review provided by a reviewer identified as Mike Dillinger:



(Ex. I).

98. According to the above review, the reviewer, Mike Dillinger, contemporaneously submitted reviews for both Icon and TTP two months ago, which were the only two reviews this reviewer has submitted to Google.

99. Both reviews from the reviewer identified as Mike Dillinger are featured in the Review Wall on Island Peak's Icon Website and TTP Website. See below:



(Ex. C (featuring a review from Mike D. in the lower, right-hand corner)).

24

25



(Ex. F (featuring a review from Mike Dillinger on the right-hand side)).

100.    The reviewer Ricardo Trevino is also featured in the Review Wall on both the Icon Website and the TTP Website.

101.    In fact, there are more reviews for both Icon and TTP provided by the same reviewer featured on Google. See below:



(Ex. L)                    (Ex. M).

102.    There are others, but for the sake of brevity, the examples provided above are sufficient.

103.    In view of the foregoing, upon information and belief, Island Peak has knowingly or with reckless disregard engaged in a scheme to obtain inauthentic customer reviews to improperly influence consumer behavior.

104.    Upon information and belief, Island Peak's conduct and activities to collect at least a portion of the reviews on *Google.com* and potentially other third-party platforms are within Island Peak's control.

105.    Upon information and belief, Island Peak engaged in direct or indirect activities to improperly incentivize or falsify favorable reviews, and these fraudulent reviews were material to customers' decisions to select Island Peak (operating as Icon or TTP) over Ownwell.

106.    Ownwell also recently became aware that Island Peak, operating under its Icon name and brand, has created, developed, produced, and published at least one comparison advertisement directed at Ownwell and includes false or misleading statements about Ownwell's tax consulting services. Below is a series of screenshots of the Facebook Ad profile for a "Facebook Advertisement" that was published on Facebook by Island Peak on April 15, 2025, attacking Ownwell:



(Ex. N).

107. The Facebook Ad profile for this particular ad is available at *https://www.facebook.com/ads/library/?active_status=active&ad_type=all&country=US&id=3 628270140807933&is_targeted_country=false&media_type=all&search_type=page&view_all_ page_id=915440491994884*, and a screenshot of the ad profile is attached as Exhibit N.

108. The relevant portion of the transcript from the Facebook Advertisement is produced below:

> By Spokesperson #2:
>
> > I got owned with the firm I used last time. The twenty-five percent performance fee turned in ta (sic)—well, a lot more than twenty-five percent when I needed support with my appeal.
>
> By Spokesperson #1:
>
> > (sigh) Icon Property Tax has a collective thirty-plus years of industry experience, and our success fee is only twenty-five percent of the tax savings, never higher.

109. In the relevant segment of the Facebook Advertisement, Spokesperson #2 states: "I got *owned* with the firm I used last time." (emphasis in the original). When saying the term "owned," Spokesperson #2 heavily emphasizes the term "owned" compared to the rest of the sentence.

110. Upon information and belief, to Ownwell's knowledge, it is the only entity in the tax protest market actively offering tax consulting services to customers (especially to Texas property owners to whom this ad is directed to) whose name begins with the "own" term or any substantially similar term.

29

111.	Upon information and belief, given the prominence of Ownwell in the relevant market, a reasonable consumer would make an association between Ownwell and the perpetrator who purportedly "owned" Spokesperson #2.

112.	Moreover, upon information and belief, Ownwell is the company that pioneered offering a twenty-five percent performance fee in the tax protest market, so by specifically referencing the "other company" offering twenty-five percent, Spokesperson #2 is identifying Ownwell by implication.

113.	Upon information and belief, Island Peak has coordinated the Facebook Advertisement with the Ad Word/purchased search term "Ownwell," meaning a customer who searched for Ownwell and received the Facebook Advertisement would determine the advertisement as an attack on Ownwell and Ownwell's services.

114.	In sum, upon information and belief, the Facebook Advertisement is a competitor comparison advertisement that directly attacks Ownwell and the quality of its services.

115.	After the first sentence, Spokesperson #2 makes the following statement: "The twenty-five percent performance fee turned in ta (sic)—well, a lot more than twenty-five percent *when I needed support with my appeal*" (emphasis added).

116.	On its face, the second statement does not make sense. Why would the customer need support on her appeal? Ownwell handles the "**end-to-end process of property tax protests and appeals. From paperwork to negotiations and appeal hearings**, **Ownwell handles it all**. [Ownwell] combine[s] local *expertise with software to build the best evidence to earn tax savings.*" (Ex. E (detailing Ownwell's role in the tax protest role under the "How you can save" section) (alterations added) (emphasis added)). In view of the fact that Ownwell handles the entire appeal

process, there is no reason for the customer to be conducting the appeal on her own and requesting help from Ownwell to assist with conducting the appeal.

117.  The second statement spoken by Spokesperson #2 in the Facebook Advertisement is literally false or misleading. (*See* Ex. V ("The advertisement [discussed in para. 104 of Ownwell's FAC] provides a fictional account with an actor portrayal in a parody advertisement.")

118.  Ownwell does offer Tax Monitoring Services (a value-added service that the customer opts into), which is a separate service from its protest service.

119.  Tax monitoring is entirely free - Ownwell monitors customers' property taxes every year and appeals or file corrections on their behalf. Ownwell processes and files for free and pursues any tax refunds the customer may be owed. The customer only pays if Ownwell procures tax savings for the customer.

120.  The fee associated with the tax savings incurred by the customer resulting from Ownwell's Tax Monitoring Service never exceeds twenty-five percent in Texas.

121.  In other words, the statement that fees increase beyond twenty-five percent by Spokesperson #2 is false for two reasons. First, the statement asserts by implication that Ownwell customers have to conduct their tax protest on their own, which is false. Ownwell handles the appeal process on behalf of its customers. Second, the statement asserts that Ownwell increases the fee if the customer needs support conducting their appeal, which is also false. Ownwell handles the appeal process on behalf of its customers, so Ownwell's customers will never ask Ownwell for support to conduct their appeal.

122.  Upon information and belief, the statement made in Island Peak's Facebook Advertisement asserting that Ownwell's customers have to conduct their own tax protest appeal and that Ownwell raises its fee if the customer needs support conducting their own appeal is

31

literally false or misleading, and this false or misleading statement was material to customers' decisions to select Island Peak over Ownwell, harming Ownwell in the process.

123.    Ownwell has also identified a second false or misleading statement in the Facebook Advertisement.

124.    Right after Spokesperson #2 makes her false or misleading statements, Spokesperson #1 makes the following statement: Icon Property Tax['s] . . . success fee is ***only twenty-five percent of the tax savings, never higher***" (emphasis added).

125.    Upon information and belief, this statement by Spokesperson #1 is also false or misleading.

126.    As a reminder, Island Peak operates under both the Icon name and brand and the TTP name and brand. Despite using two different names, Island Peak is both Icon and TTP.

127.    In the First Case, Island Peak attacks one of Ownwell's competitor comparison ads and admits by implication that it sometimes charges its customers forty percent (which may be negotiated down) when it operates under its TTP name and brand.

128.    Regardless, however, of whether any negotiations reduce the fees the Island Peak charges, Island Peak essentially admits in its First Case Complaint that it sometimes exceeds a twenty-five percent fee by charging as much as forty percent.[8] Again, Island Peak d/b/a as TTP is the same company as Icon. If Island Peak charges more than twenty-five percent when it is operating under TTP, then its statement that it never charges more than twenty-five percent is false or misleading. It does not matter that Island Peak made the false or misleading statement when it was operating under a different brand; it is still the same company.

---

[8] *Island Peak Group, LLC d/b/a Texas Tax Protest v. Ownwell, LLC*, C.A. 3:24-cv-3135 (N.D. Tex. Dec. 13, 2024), Dkt. 1, at ¶ 25 (Plaintiff's Original Complaint, Request for Injunctive Relief, and Jury Demand).

129.    Upon information and belief, the statement made in Island Peak's Facebook Advertisement asserting that its charged fees never exceed twenty-five percent is literally false or misleading, and this false or misleading statement was material to customers' decisions to select Island Peak over Ownwell, harming Ownwell in the process.

130.    The Facebook Advertisement is also false or misleading because it features one or more testimonials that are not factually correct. For instance, as discussed above, Spokesperson #2 provides statements indicating that she previously signed up with Ownwell to receive tax protest services, such as filing an appeal. (*See* Ex. V ("The advertisement [discussed in para. 104 of Ownwell's FAC] provides a fictional account with an actor portrayal in a parody advertisement.").

131.    According to her testimony in the Facebook Advertisement, in the process of receiving tax protest services from Ownwell, her fee rate purportedly increased from twenty-five percent to thirty-five percent after she requested help with her appeal. However, as discussed above, the scenario the Spokesperson #2 describes does not comport with how Ownwell's services are provided by Ownwell.

132.    Spokesperson #2 never actually signed up for and received tax consulting services from Ownwell, or, if she did receive services from Ownwell, the scenario she described did not occur. Consequently, the testimony that Spokesperson #2 gives about engaging with Ownwell in the Facebook Advertisement is false or misleading because it never happened or did not happen the way she describes in the advertisement. (*See* Ex. V ("The advertisement [discussed in para. 104 of Ownwell's FAC] provides a fictional account with an actor portrayal in a parody advertisement.").

### X.    Island Peak Data Mines Ownwell's Website and Violates the Terms of Service

133.    During the course of discovery for this case, Ownwell became aware of additional bad acts committed by Island Peak.

134.    After Ownwell responded to the C&D Letter on or about May 14, 2024, but before the lawsuit was original complaint in the First Case was filed, Ownwell was alerted to the fact that a purported resident located in the District was accessing Ownwell's Website and data mining (*i.e.*, scrapping or activity equivalent to using automated tools to systematically record data) massive amounts of data from the website.

135.    The data mining process was directed at, inter alia, the Ownwell's potential savings calculator tool, which is proprietary technology made available on Ownwell's Website. The tool allows for a property owner to input their address into the search bar and receive a quick analysis of their property that includes an estimate about how much the property owner could potentially save on their property taxes if the property owner signed up with Ownwell to receive Ownwell's property tax consulting services. Below is a screenshot of the search bar for the saving estimate tool featured on the landing page of Ownwell's Website:



(Ex. E).

136.    At the time, Ownwell suspected that Island Peak was behind the data mining but was unable to determine with absolute certainty that Island Peak was connected with the data mining activity.

137.    Below are screenshots of some of the relevant portions of the Terms of Use ("ToU"), that were, upon information and belief, effect during most, if not all, of the period of time the data miner was active on Ownwell's website:

# TERMS OF USE

Last updated Oct 28, 2024

## AGREEMENT TO TERMS

Welcome to our Site. This Site is maintained as a service to our customers. By using this Site, you agree to comply with and be bound by the following terms of use (the "Terms"). Please review these Terms carefully. If you do not agree to these Terms, you should not use the Site.

These Terms constitute a legally binding agreement made between you, whether you are using the Site personally or on behalf of an entity ("you") and Ownwell, Inc ("Ownwell", "Company", "we", "us", or "our"), concerning your access to and use of the https://www.ownwell.com website as well as any other website, media form, media channel, or mobile website related, linked, or otherwise connected thereto (collectively, the "Website") as well as any services offered by the Company, either through the Website or otherwise (the "Services" and together with the Website, the "Site"). You agree that by accessing and/or using the Site or the Services, you have read, understood, and agree to be bound by all of these Terms.

If you are accessing or using the Site on behalf of an entity, you represent that you have the authority to bind the entity to these Terms.

IF YOU DO NOT AGREE WITH ALL OF THESE TERMS, THEN YOU ARE EXPRESSLY PROHIBITED FROM USING THE SITE AND MUST DISCONTINUE USE IMMEDIATELY.
NOTE: THESE TERMS CONTAIN A DISPUTE RESOLUTION AND ARBITRATION PROVISION, INCLUDING CLASS ACTION WAIVER THAT AFFECTS YOUR RIGHTS UNDER THESE TERMS AND WITH RESPECT TO DISPUTES YOU MAY HAVE WITH THE COMPANY.

(Ex. U (Marked)).

## PROHIBITED ACTIVITIES

You may not access or use the Site for any purpose other than that for which we make the Site available. The Site may not be used in connection with any commercial endeavors except those that are specifically endorsed or approved by us.

As a user of the Site, you agree NOT to do any of the folllowing:

1. Systematically retrieve data or other content from the Site to create or compile, directly or indirectly, a collection, compilation, database, directory, catalogue, or similar instrument without our express and written permission;
2. Access or use the Site for any purposes other than the Permitted Purposes;
3. Use a buying agent or purchasing agent to make purchases on the Site;
4. Use the Site to advertise or offer to sell goods and services;
5. Make any unauthorized use of the Site, including but not limited to, the collection of usernames and/or email addresses of users, by electronic or other means, for any purpose;
6. Circumvent, disable, or otherwise interfere with security-related features of the Site, including, but not limited to, features that prevent or restrict the use or copying of any Content or enforce limitations on the use of the Site and/or the Content contained therein;
7. Engage in unauthorized framing of or linking to the Site;
8. Trick, defraud, or mislead us or other users for any reason, but especially in any attempt to discover sensitive account information such as user passwords;
9. Make improper use of our support services or submit false reports of abuse or misconduct;
10. Engage in any automated use of the system, such as using scripts to send comments or messages, or using any data mining, robots, or similar data gathering and extraction tools;
11. Interfere with, disrupt, or create any undue burden on the Site, or the networks or services connected to the Site;
12. Attempt to impersonate another person or use the username of another user;
13. Sell or otherwise transfer your profile;
14. Use any information obtained from the Site in order to harass, abuse, or harm another person;
15. Use the Site as part of any effort to compete with us or otherwise use the Site and/or the Content for any revenue-generating endeavor or commercial enterprise;
16. Decipher, decompile, disassemble, or reverse engineer any of the software comprising, or in any way making up, any part of the Site;
17. Attempt to bypass any measures of the Site designed to prevent or restrict access to the Site, or any portion of the Site;

(*Id*. (marked)).

18. Upload or transmit (or attempt to upload or transmit) viruses, Trojan horses, or other material, including excessive use of capital letters and spamming (continuous posting of repetitive text), that interferes with any party's uninterrupted use or enjoyment of the Site, or that modifies, impairs, disrupts, alters, or interferes with the use, features, functions, operation, or maintenance of the Site;

19. Upload or transmit (or attempt to upload or transmit) any material that acts as a passive or active information collection or transmission mechanism, including without limitation, clear graphics interchange formats ("gifs"), 1×1 pixels, web bugs, cookies, or other similar devices (sometimes referred to as "spyware" or "passive collection mechanisms" or "pcms");

20. Copy or adapt the Site's software, including but not limited to Flash, PHP, HTML, JavaScript, or other code;

21. Delete the copyright or other proprietary rights notice from any Content;

22. Harass, annoy, intimidate, or threaten any of our employees or agents engaged in providing any portion of the Site or our services to you;

23. Except as may be the result of standard search engine or internet browser usage, use, launch, develop, or distribute any automated system, including without limitation, any spider, robot, cheat utility, scraper, or offline reader that accesses the Site, or uses or launches any unauthorized script or other software;

24. Disparage, tarnish, or otherwise harm, in our opinion, us or the Site;

25. Use the Site in a manner inconsistent with any applicable laws or regulations;

(*Id.* (marked)).[9]

138.    A facial reading of the effective ToU for Ownwell's Website featured above clearly demonstrates that data mining, scrapping, or activity equivalent to using automated tools to systematically record data from Ownwell's Website violates the ToU.

139.    After the data miner obtained a substantial amount of data from Ownwell's Website, Ownwell determined that the data miner was violating the ToU and subsequently blocked the data miner's residence access to Ownwell's Website.

140.    Very soon after the residence was blocked from accessing Ownwell's Website, Island Peak filed its Original Complaint (Dkt. 01) in the First Case. In view of the short time frame between when Ownwell blocked the data miner's access to its website and the filing of the complaint by Island Peak, Ownwell suspected Island Peak was involved.

---

[9] The ToU for Ownwell's Website were updated on April 17, 2025. In fact, the ToU for Ownwell's Website from the beginning have had provisions that made data mining, scrapping, or activity equivalent to using automated tools to systematically record data.

141.   During the discovery process, Ownwell sent the following interrogatory ("ROG") to Island Peak:

> **INTERROGATORY 13:** Please identify all content, data, and/or information that Plaintiff has scraped from *https://www.ownwell.com/*.[10]

(Ex. V, at 9 (Request No. 13)).

142.   In response, Island Peak stated the following:

> **ANSWER:**
>
> . . .
>
> Plaintiff [] collect[ed] publicly available data from the public-facing portions of Ownwell's website, specifically to evaluate Ownwell's marketing representations regarding projected or estimated tax savings offered to consumer. Plaintiff has been very skeptical about Ownwell's ability to deliver on the projected and/or estimated "savings" that Ownwell provides to potential customers at the click of a mouse, and where Ownwell comes anywhere close to those projections.
>
> Ownwell's website includes a feature that allows any member of the public to input a property address and instantly receive an estimated or projected tax savings. To assess the accuracy of those public claims, **Plaintiff used automated methods to systemically record the publicly displayed data generated by the feat for a representative set of properties**. . . .

(*Id.*, at 9-10).

143.   The bolded language above clearly indicates that Island Peak engaged in data mining, scrapping, or activity equivalent to using automated tools to systematically record data from Ownwell's Website, which is a clear violation of the ToU.

144.   By mining data from Ownwell's Website, Island Peak obtained a massive amount of data consisted of, inter alia, Ownwell's analysis for specific properties in Texas. This is further conferred by Island Peak's document production that occurred on October 23, 2025. Ownwell estimates that an overwhelming number of the documents (over 100,000) produced constituted

---

[10] In the instructions, Ownwell provided the following definition for the "scraping" term: "The term 'scrap' or 'scraped' or 'scraping' refers to an automated process of extracting information and data from a website and/or domain."

images scrapped from Ownwell's website in violation of Ownwell's ToU. Island Peak's conduct

was a burdon on Ownwell's system, which required Ownwell to react accordingly. An example of

the data improperly procured by Island Peak is provided below:



(Ex. T).

145.    In the image above, a quick estimate of potential savings based upon aggregate and

historical data generated from consumers' addresses is provided. Ownwell's algorithms utilize

publicly available and privately acquired real estate data to analyze the potential customer's

opportunities to reduce a property assessment via an appeal. The results of this analysis, computed on high-powered servers, are cached and indexed for efficient retrieval.

146.    Further down in the same response to ROG discussed above (*see* ¶ 144), Island Peak makes the following admission:

This data collection was . . . conducted for evidentiary and **analytical purposes**[.]

(Ex. V., at 9-10).

147.    Island Peak's tried to contextualize this admission that it "used automated methods to systemically record the publicly displayed data generated by the [potential savings calculator tool] for a representative set of properties" "for analytical purposes" to come across as less nefarious that it actually is by stressing the data was purportedly not private and its activities were purportedly not directed at "marketing or solicitation."  (*See* Ex. V, at 9-10). Taken at face value this admission is still a violation of the ToU. Moreover, it does not address using the data to reverse engineer proprietary algorithms and private data to offer a competing tool, which is exactly what Island Peak did on its Icon Website. Below is a screenshot of the landing page of Icon's Website, dated April 22, 2025, featuring Island Peak's own potential savings calculator tool:

40



(Ex. D).

148.    Island Peak admitted in response to another ROG that the "property insights" feature was available to consumers via the Icon Website between April 12, 2025, and June 30, 2025, and close to 10,000 visitors were exposed to the "property insights" feature. (Ex. V, at 7).

149.    Upon information and belief, Island Peak used the data that it obtained by engaging in data mining, scrapping, or activity equivalent to using automated tools to systematically record data, violating the ToU for Ownwell's Website, to build, at least in part, its own "property insights" feature, which is essentially a copy of Ownwell's potential savings tool.

150.    This violation of Ownwell's ToU and subsequent incorporation of the improperly procured data into the Icon Website to unfairly compete against Ownwell has harmed Ownwell. Upon information and belief, every customer that signed up with Island Peak because of its "property insights" feature constitutes a lost customer to Ownwell. Further, Ownwell's business model benefits immensely from repeat business. Lost customers not only reduce immediate sales;

41

they erode downstream lifetime value through lost referrals, reviews, and repeat projects—effects that compound year over year.

## XI.    Claims and Causes of Action
### Count 1: False Advertising under 15 U.S.C. § 1125(a)

151.    Ownwell realleges and incorporates all allegations in this Complaint as though fully set forth herein.

152.    Upon information and belief, Island Peak advertises, promotes, distributes, and sells tax consulting services, including tax protest services, throughout Texas and the U.S. to customers and potential customers.

153.    Upon information and belief, Island Peak violated the Lanham Act by placing in interstate commerce the false or misleading statements through various advertising and promotional materials, including, inter alia, being featured on Island Peak's Icon Website and TTP Website.

154.    Upon information and belief, Island Peak's false statements, misrepresentations, and omissions concerning the nature of its services, including but not limited to, its statements concerning (1) the percentage of its customers who receive a valuation reduction, (2) the total amount of reductions, (3) improper customer reviews,  (4) Ownwell's fees exceeding twenty-five percent,  (5) Island Peak's fees never exceeding twenty-five percent, and (6) Island Peak's false or misleading testimonial(s) are likely to influence and have influenced customers' decisions to select Island Peak over Ownwell, meaning Island Peak's false or misleading statements are material.

155.    Upon information and belief, Island Peak's false statements, misrepresentations, and omissions, as alleged herein, have violated and continue to violate the Lanham Act in that they have actually deceived or have the tendency to deceive a substantial segment of the public that Island Peak is targeting with its advertising and promotional materials and in the instances for

42

which Island Peak's statements are literally false, there is a presumption under the Lanham Act that the statements actually mislead, and continue to mislead, consumers.

156.    Upon information and belief, Island Peak's acts, as alleged herein, have been willful, wanton, malicious, undertaken in bad faith, and with the intent to deceive, misrepresent, harm, and damage Ownwell, making this case exemptional, which entitles Ownwell to recover additional damages and reasonable attorneys' fees pursuant to 15 U.S.C. §1117.

157.    As a direct and proximate result of Island Peak's false statements, misrepresentations, and omissions in their misleading statements featured on Island Peak's Icon Website and TTP Website, Ownwell has suffered, is suffering, and will continue to suffer damages.

158.    Unless stopped by an injunction, Island Peak's behavior will continue, and Ownwell will suffer irreparable harm for which there is no adequate remedy at law. Therefore, Ownwell is entitled to injunctive relief (both a preliminary and permanent injunction).

**Count 2: Copyright Infringement under 17 U.S.C. § 501**

159.    117.    Ownwell realleges and incorporates all allegations in this Complaint as though fully set forth herein.

160.    Ownwell is the owner of the following registered copyrights: (1) "How are property taxes calculated?" (Registration No. TX 9-519-215, effective July 16, 2025), (2) "Is there any risk to my property by signing up?" (Registration No. TX 9-519-219, effective July 16, 2025), and (3) "How is your fee calculated?" (Registration No. TX 9-519-766, effective July 16, 2025), which means all three Copyrighted Works were properly registered.

161.    Each of these works was created by Ownwell as a work made for hire and first published in the United States on April 17, 2024.

43

162.    The three Copyrighted Works are original, creative works, in which Ownwell owns a valid copyright.

163.    Upon information and belief, Island Peak, without authorization, copied, displayed, and distributed verbatim or substantially similar copies of these copyrighted works on its Icon website and related marketing materials.

164.    Upon information and belief, Island Peak's acts of copyright infringement have been willful, intentional, and purposeful, in disregard of and indifference to Ownwell's rights.

165.    After receiving notice that it was infringing Ownwell's Copyright Works, Island Peak republished the infringing content. (*Compare* Ex. D (dated April 22, 2025), with Ex. S (dated July 27, 2025)). Upon information and belief, Island Peak republished the infringing content after Ownwell's Copyright Work's effective registration date.

166.    Upon information and belief, Island Peak has realized unjust profits, gains, and advantages as a direct and proximate result of its infringement. These gains are ongoing as the infringements continue.

167.    As a direct and proximate result of Island Peak's infringement of Ownwell's copyrights and exclusive rights under copyright, including its act of republishing the infringing content after the effective registration date of the Copyright Works, Ownwell is entitled to damages and Island Peak's profits pursuant to 17 U.S.C. § 504(b).

168.    As a result of Island Peak's ongoing acts of willful copyright infringement, the Court, in its discretion, may allow the recovery of full costs, which includes reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505.

169.     Ownwell has no adequate remedy at law for its current and prospective injuries. Island Peak's continued wrongful conduct will cause Ownwell irreparable injury that cannot be adequately remedied at law unless the Court enjoins Island Peak from further infringements.

170.     Ownwell will continue to be harmed by Island Peak's infringing conduct and requires this Court's intervention because, upon information and belief, Island Peak has no intention of ceasing its infringements.

### Count 3: Trade Dress Infringement & False Designation of Origin under 15 U.S.C. § 1125(a)

171.     Ownwell realleges and incorporates all allegations in this Complaint as though fully set forth herein.

172.     The Ownwell Trade Dress is inherently distinctive or has acquired distinctiveness because it has come to be recognized as a source identifier by the consuming public, who exclusively associate the Ownwell Trade Dress with Ownwell and its Website, along with its offered services. The primary significance of the Ownwell Trade Dress is to indicate that Ownwell is the source of the Ownwell Website and its services.

173.     Ownwell's design, organization, selection, and arrangement, including the specific, non-functional terms used on its Website (which were copied verbatim by Island Peak), are non-functional, meaning Ownwell's Trade Dress is non-functional.

174.     More specifically, the non-functional elements of the Ownwell Website that Ownwell seeks to protect and constitute Ownwell's Trade Dress include the following features that appear on the Ownwell Website:

(1) house in blue on the top, left-hand side of the page;

(2) blue background on the Landing Section;

(3) the call to save money that is prominently featured in the top, center of the page;

45

(4) the request to receive an address underneath the call to save;

(5) the banner centered beneath the call to action that tells the customer that (a) they only pay if they save, (b) incur zero upfront fees, and (c) engage with tax experts who have local experience;

(6) the design, organization, selection, and arrangement of the review wall on the page;

(7)  the design, organization, selection, and arrangement of the FAQ section on the page; and

(8) the use of the specific terms and phrases that are part of Ownwell's FAQ section that Island Peak copied verbatim.

175. To summarize, taking all of the elements listed above together, Island Peak has copied the "look and feel" of the Ownwell Website, specifically its Landing Page.

176. In addition, Ownwell pioneered its unique business model, offering a quick estimate without requiring customers to sign up or undergo a lengthy consultation for a 25% contingency flat fee, a model that Island Peak copied for its Icon brand.

177. Upon information and belief, Ownwell owned and used its Trade Dress in commerce prior to Island Peak's use in commerce of its confusingly similar design, organization, selection, and arrangement.

178. Upon information and belief, Island Peak's conduct, including its advertisement, promotion, and use of its Website with a design, organization, selection, and arrangement that is confusingly similar to the Ownwell Trade Dress is likely to cause confusion as to source.

179. Upon information and belief, Island Peak's conduct is willful and likely to cause confusion, mistake, or deception regarding Island Peak's affiliation, connection, or association with Ownwell.

180. Upon information and belief, as a direct and proximate result of Island Peak's actions, Ownwell has suffered, and will continue to suffer, monetary loss and irreparable injury to its business, reputation, and goodwill.

181. Ownwell has been damaged by such conduct in an amount to be determined at trial.

182. Upon information and belief, Island Peak's conduct, as described above, was done with full knowledge of Ownwell's rights in its Trade Dress and constitutes willful infringement under Section 35 of the Lanham Act, 15 U.S.C. § 1117.

183. Unless stopped by an injunction, Island Peak's behavior will continue, and Ownwell will suffer irreparable harm for which there is no adequate remedy at law. Therefore, Ownwell is entitled to injunctive relief (both a preliminary and permanent injunction).

184. In addition, as a consequence of Island Peak's willful conduct, Ownwell is also entitled to a judgment and award against Island Peak in the amount three times Ownwell's actual damages or Island Peak's profits, in addition to Ownwell's attorney's fees, expert witness fees, costs, and expenses incurred in this action.

### Count 4: Misappropriation Under Texas Common Law

185. Ownwell realleges and incorporates all allegations in this Complaint as though fully set forth herein.

186. Ownwell takes considerable pride in its intellectual property, including its copyrights and its distinctive trade dress, which it actively uses to promote its services to the public. Consequently, Ownwell has devoted a substantial sum of time, skill, and resources to create and develop its copyrighted material and trade dress used to advertise and promote its services.

187. Upon information and belief, Island Peak, took, inter alia, copyrighted works and elements from Ownwell's distinctive trade dress that were featured on Ownwell's Website and

published said content and material on its Icon Website. As a result, Island Peak has been unjustly enriched and, at the same time, has caused harm to Ownwell's brand and goodwill.

188. Upon information and belief, Island Peak has misappropriated Ownwell's copyrighted works and distinctive Trade Dress to directly compete with Ownwell, unlawfully appropriating the value of Ownwell's intellectual property and brand assets, which required a substantial amount of Ownwell's time, skill, and resources to create and develop, resulting in damage to Ownwell in the form of lost customers and revenue and harm to its brand and goodwill, constituting commercial damage to Ownwell.

189. Ownwell also expended extensive time, labor, skill, and money to create its engineer proprietary algorithms and private data that it utilizes to offer its potential savings tool—i.e., product—to customers. Upon information and belief, Island Peak, has used Ownwell's potential savings tool reverse engineer Ownwell's proprietary algorithms and private data to use in its own "property insights" tool to compete with Ownwell.

190. Upon information and belief, Island Peak gained a special advantage in the marketplace because it was able to offer a quick analysis of customer's properties without incurring the burden Ownwell undertook to create the proprietary algorithms and private data Island Peak improperly obtained.

191. By utilizing the improper data to compete with Ownwell, Ownwell has lost customers to Island Peak, which constitutes harm that reverberates as years go on via the loss of repeat business and referrals.

192. Accordingly, Ownwell seeks damages based on Island Peak's misappropriation in an amount to be proven at trial.

193. Unless stopped by an injunction, Island Peak's behavior will continue, and Ownwell will suffer irreparable harm for which there is no adequate remedy at law. Therefore, Ownwell is entitled to injunctive relief (both a preliminary and permanent injunction).

**Count 5: Unjust Enrichment Under Texas Common Law**

194. Ownwell realleges and incorporates all allegations in this Complaint as though fully set forth herein.

195. Island Peak took, inter alia, copyrighted content and elements from Ownwell's distinctive trade dress that were featured on Ownwell's Website and published said content and material on its Icon Website. As a result, Island Peak has been unjustly enriched and, at the same time, has caused harm to Ownwell's brand and goodwill.

196. Island Peak also engaged in data mining, scrapping, or activity equivalent to using automated tools to systematically record data to analyze Ownwell's proprietary algorithms and private data. Upon information and belief, reverse engineer Ownwell's proprietary data and utilized it to unfairly compete with Ownwell in the market.

197. Upon information and belief, Island Peak has accepted and retained the benefit of the unjust enrichment from its wrongful conduct.

198. There is no express, written contract between Ownwell and Island Peak that would allow for Island Peak to retain the benefit of the unjust enrichment from its wrongful conduct as described herein.

199. Ownwell is entitled to recover from Island Peak its unjust enrichment, including gains, profits, and advantages it obtained as a result of its wrongful conduct. Ownwell is, at present, unable to ascertain the full extent of the gains, profits, and advantages Island Peak has obtained by reason of its wrongful conduct.

49

200.   Accordingly, Ownwell seeks damages based on Island Peak's unjust enrichment in an amount to be proven at trial.

201.   Unless stopped by an injunction, Island Peak's behavior will continue, and Ownwell will suffer irreparable harm for which there is no adequate remedy at law. Therefore, Ownwell is entitled to injunctive relief (both a preliminary and permanent injunction).

**Count 6: Breach of Contract**

202.   Ownwell realleges and incorporates all allegations in this Complaint as though fully set forth herein.

203.   Island Peak accessed the Ownwell Website for purposes of, inter alia, interacting with Ownwell's potential savings tool featured on the website.

204.   Each person acting on Island Peak's behalf who accessed Ownwell's Website were acting as Island Peak's agent, with either actual or apparent authority to bind Island Peak to Ownwell's ToU.

205.   Further, Ownwell's ToU explicitly state that any user that access Ownwell's Website on behalf of an entity—including Island Peak—indicates that they have authority to bind said entity to Ownwell's ToU. (*See* Ex. U.).

206.   A valid, enforceable contract exists between Ownwell and Island Peak in the form of Ownwell's ToU.

207.   Ownwell performed its obligaitons under the contract by providing Island Peak's representative(s) with access to Ownwell's Website.

208.   Ownwell's ToU provide that a user may not, inter alia,

- Systematically retrieve data or other content from the Site to create or compile, directly or indirectly, a collection, compilation, database, directory, catalogue, or similar instrument without our express and written permission;

- Access or use the Site for any purposes other than the Permitted Purposes;

- Engage in any automated use of the system, such as using scripts to send comments or messages, or using any data mining, robots, or similar data gathering and extraction tools;

- Interfere with, disrupt, or create any undue burden on the Site, or the networks or services connected to the Site;

- Use the Site as part of any effort to compete with us or otherwise use the Site and/or the Content for any revenue-generating endeavor or commercial enterprise;

- Decipher, decompile, disassemble, or reverse engineer any of the software comprising, or in any way making up, any part of the Site;

- Except as may be the result of standard search engine or internet browser usage, use, launch, develop, or distribute any automated system, including without limitation, any spider, robot, cheat utility, scraper, or offline reader that accesses the Site, or uses or launches any unauthorized script or other software; and

- Use the Site in a manner inconsistent with any applicable laws or regulations[.]

(*See* Ex. U).

209. Island Peak's agent(s) data mined, scrapped, or committed activity equivalent to using automated tools to systematically record data from Ownwell's Website in violation of Ownwell's ToU for Ownwell's Website. (*See* Ex. V (Response to ROG No. 13)).

210.    Island Peak analyze Ownwell's proprietary algorithms and private data. (*See* Ex. V, at 9-10). Upon information and belief, Island Peak reverse engineer Ownwell's proprietary data and utilized it to unfairly compete with Ownwell in the market.

211.    Island Peak's breach has damaged Ownwell in at least the following ways:

- Reasonably foreseeable monetary losses associated with Ownwell's response to Island Peak's data mined, scrapped, or conduct equivalent to using automated tools to systematically record data, conducting ad damage assessment, and restoring the data, program, and systems impacted by Island Peak's malfeasance to resort them to their condition prior to its offenses; and

- Reasonably foreseeable lost profits due to diverted customer accounts obtains as a result of Island Peak's exploitation of the improperly procured data.

212.    Ownwell is entitled to injunctive relief, as well as damages as a result of Island Peak's breach of the ToU for Ownwell's Website.

### Count 7: Violation of Computer Fraud and Abuse Act ("CFAA")

213.    Ownwell realleges and incorporates all allegations in this Complaint as though fully set forth herein.

214.    Island Peak liable under the CFAA because they accessed Ownwell's servers, which run Ownwell's Website and obtained data concerning Ownwell's proprietary algorithms and private data without authorization. In particular, upon information and belief, Island Peak improperly data mined, scrapped, or committed activity equivalent to using automated tools to systematically record data from Ownwell's Website to reverse engineer Ownwell's proprietary data and utilized it to unfairly compete with Ownwell in the market. Consequently, Island Peak's conduct violates the ToU on Ownwell's Website. Accordingly, Island Peak has intentionally

accessed a computer in excess of their authorization to obtain information in violation of the CFAA, specifically 18 U.S.C. § 1030(a)(2)(C).

215.    Ownwell has been damaged in excess of $5,000 as a result of Island Peak's violation of the CFAA. Damages include, but not limited to, the expenditure of resources to investigate the alleged conduct, and other monetary harm incurred by Ownwell in response to Island Peak's violation of the CFAA. Accordingly, Ownwell is entitled to compensatory damages, including attorney's fees, and injunctive relief.

## XII.    Relief Requested

WHEREFORE, for the reasons articulated above, Ownwell prays for the following relief:

a)  Enter a judgment in Ownwell's favor and against Island Peak for all claims;

b)  A determination that Island Peak's illegal or harmful acts were willful;

c)  A determination that Ownwell's Trade Dress is distinctive;

d)  A determination that Island Peak's committed acts of copyright infringement after the effective registration date of Ownwell's Copyright Work;

e)  Award of compensatory damages, disgorgement of revenues, and/or gains wrongfully acquired, treble damages, and exemplary damages;

f)  Entry of a preliminary injunction, thereafter to be made permanent, that, among other things, enjoins Island Peak from continuing to commit the acts of infringement, false advertising, misappropriation, or otherwise injuring the reputation and goodwill of Ownwell by the acts described in the Complaint;

g)  An award of reasonable attorneys' fees, costs, expert witness fees, and expenses incurred as a result of this action;

h)  Pre- and post-judgment interest; and

i)  Such other relief as the Court deems just and equitable.

54

## XIII.    Jury Demand

Plaintiff Ownwell, Inc. hereby demands a jury trial on all issues so triable.

**Signature Page to Follow**

Dated: April 29, 2026

Respectfully submitted,

**DENTONS US LLP**

  */s/ James D. Tuck*
Victor C. Johnson
State Bar No. 24029640
victor.johnson@dentons.com
James D. Tuck
State Bar No. 24110454
james.tuck@dentons.com
Forrest Gothia
Texas Bar No. 24125250
forrest.gothia@dentons.com
DENTONS US LLP
100 Crescent Court, Suite 900
Dallas, Texas 75201
(214) 259-0900

***Attorneys for Ownwell, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been

served on all counsel of record via the Court's CM/ECF system on April 29, 2026.

/s/ *James D. Tuck*
James D. Tuck

55

# EXHIBIT A

F I L E D
In the Office of the
Secretary of State of Texas

JAN 1 4 2019

Corporations Section

**ASSUMED NAME CERTIFICATE**
**SECRETARY OF STATE**

1. The assumed name under which business or professional service is, or is to be, conducted or rendered is: Icon Property Tax Appeal.

2. The name of the entity filing the assumed name as stated in its certificate of formation or other comparable document is: Island Peak Group, LLC.

3. The filing entity is a: Limited Liability Company.

4. The file number, if any, issued to the filing entity by the Secretary of State is: 0801317400.

5. The state, country, or other jurisdiction under the laws of which the filing entity was organized is: Texas.

6. The filing entity is required to maintain a registered agent and office in Texas. The name of such registered agent for the filing entity is Gregory W. Monroe, and the address of such registered office is 1612 Summit Avenue, Suite 100, Fort Worth, TX 76102.

   The address of its principal office if not the same as that of its registered office in Texas is: 2911 Turtle Creek Blvd., Suite 300, Dallas, TX 75219.

7. The period, not to exceed ten years, during which this assumed name will be used is: ten (10) years.

8. The county or counties within Texas where business or professional services are being, or are to be, conducted or rendered under this assumed name are: All counties.

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and also certifies that the person is authorized to sign on behalf of the identified entity. If the undersigned is acting in the capacity of an attorney-in-fact for the entity, the undersigned certifies that the entity has duly authorized the undersigned in writing to execute this document.

Date: 1/13/2019

ISLAND PEAK GROUP, LLC
a Texas Limited Liability Company

By: _____
Nicholas J. Ofenec, Principal

**RECEIVED**

JAN 1 4 2019

**Secretary of State**

ASSUMED NAME CERTIFICATE – SECRETARY OF STATE

# EXHIBIT B



**Office of the Secretary of State**
**Corporations Section**
**P.O. Box 13697**
**Austin, Texas 78711-3697**
**(Form 503)**

**Filed in the Office of the**
**Secretary of State of Texas**
**Filing #: 801317400  11/16/2021**
**Document #: 1094416780003**
**Image Generated Electronically**
**for Web Filing**

ASSUMED NAME CERTIFICATE
FOR FILING WITH THE SECRETARY OF STATE

1. The assumed name under which the business or professional service is or is to be conducted or rendered is:

**Texas Tax Protest**

2. The name of the entity as stated in its certificate of formation, application for registration, or comparable document is:

**Island Peak Group, LLC**

3. The state, country, or other jurisdiction under the laws of which it was incorporated, organized or associated is **TEXAS**

4. The period, not to exceed 10 years, during which the assumed name will be used is : **10 year(s)**

5. The entity is a : **Domestic Limited Liability Company (LLC)**

6. The entity's principal office address is:

**2911 Turtle Creek Boulevard, Suite 300, Dallas, TX, USA 75219**

7. The county or counties where business or professional services are being or are to be conducted or rendered under such assumed name are:

**ALL COUNTIES**

8. The undersigned, if acting in the capacity of an attorney-in-fact of the entity, certifies that the entity has duly authorized the attorney-in-fact in writing to execute this document. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

**Island Peak Group, LLC**
**Name of the entity**

By: **Gregory W. Monroe**

**Signature of officer, general partner, manager,
representative or attorney-in-fact of the entity**

**FILING OFFICE COPY**

# EXHIBIT C

Page 1
Icon Property Tax - Home
https://www.iconpropertytax.com/

**ICON PROPERTY TAX**

Ways to Save   Pricing   Common Questions   Get Started

## Property tax savings starts here

Enter Address | See your free Property Insights!

🏷 Pay only when you save    🚫 Zero upfront fees    📍 Trusted local tax agents

## Maximize your savings, minimize your stress

Last Year
**82%**
Received a Valuation Reduction

More Than
**$100,000,000**
In Tax Savings for Property Owners

Collectively Over
**30 Years**
Of Industry Experience

**Sign Up to Save**

### Cut Costs, Not Corners

**25%**
PERFORMANCE-BASED FEE

✓ No Savings, No Fee – Simple as That!
✓ Lower Your Tax Burden, Protect Your Investment
✓ Zero Upfront Cost

## Quick, Simple, & Seamless Sign Up

**Provide your address.**
We'll analyze your property using real-time market data and in-depth local knowledge to provide property insights.

**Share more details.**
You know your property best! The better we understand your property, the more precise our analysis.

**Celebrate your savings.**
We handle the evidence, paperwork, and advocacy to negotiate lower values to save you time and money.

**Sign Up in No Time**

## Gold Stars & Good Vibes

G **4.9** ★★★★★

Captured by FireShot Pro: 23 April 2025, 14:06:13
https://getfireshot.com

Page 2
Icon Property Tax - Home
https://www.iconpropertytax.com/

**Christal C.** ★★★★★

Had a great experience with Icon Property Tax! Their team was professional, knowledgeable, and made the tax appeal process easy. They helped me save money on my property taxes, and the communication was excellent throughout. Highly recommend their services!

**Hazen C.** ★★★★★

Icon Property Tax made the entire property tax appeal process incredibly smooth and stress-free. Their team is knowledgeable, professional, and truly dedicated to helping homeowners and businesses lower their tax burden.

**Mike D.** ★★★★★

Icon Property Tax has been a game-changer for me. Their knowledgeable team has helped me save significantly

**Conni G.** ★★★★★

Icon property tax is phenomenal! Professional, approachable, and takes the guesswork out property tax. One step less and there for you! Highly

**Emmanuel S.** ★★★★★

I had an outstanding experience working with Icon Property Tax! Their team is incredibly knowledgeable, professional, and proactive in navigating the complexities of property tax assessments. They took the time to thoroughly review my case, identify opportunities for tax savings, and guide me through the process with clarity and expertise. Thanks to their efforts, I was able to secure a significant reduction in my property taxes, saving me both time and money. The communication was seamless, and they made what can be a complicated process feel effortless. If you're looking for a knowledgeable, results-driven property tax firm, Icon Property

**Read More Reviews**

**Sarah R.** ★★★★★

I'm extremely satisfied with Icon Property Tax. Their professionalism and expertise have resulted in substantial property tax savings for me. They are truly the best in the

**Ricardo T.** ★★★★★

ICON is an outstanding company that truly delivers results when it comes to lowering property taxes! Their team of experts is knowledgeable, professional, and dedicated to fighting for homeowners like me. They handled the entire appeal process seamlessly, keeping me informed and ensuring I received the best possible reduction. Thanks to their efforts, I saved a significant amount on my property taxes without any hassle. If you're looking for a reliable and effective way to reduce your tax burden, I highly recommend ICON!

# Ways to save



**Residential Property Tax Appeal**
Our proprietary software uses advanced data algorithms to analyze millions of records, including market trends, comparable property assessments, and historical data, to build a strong, data-driven protest case for your property. This allows our team to identify discrepancies and...

**Commercial Property Tax Appeal**
Our local tax agents conduct a detailed market analysis using three proven approaches—Income, Cost, and Sales—to determine the value of your property. We meticulously review these methods to ensure an accurate assessment, while also comparing your property's valuation to...

**Property Tax Exemptions**
Unlike other companies, we don't charge for exemption assistance. We're happy to review your application before submission to make sure it's completed correctly. A homestead exemption reduces your property taxes by excluding a portion of your property's value from taxation. There are...

# Common Questions

 **How much does it cost?**

Our service has no upfront fees—just a 25% contingency fee if we successfully reduce your property's assessed...

 **Can you estimate how much I might save on my property taxes?**

We are unable to provide an estimate, as Texas law prohibits it....

 **How do you reduce my property taxes?**

We handle the entire property tax appeal process, from filing paperwork to negotiating with county assessors...

 **How do I sign up for a tax appeal with Icon?**

Signing up is a breeze! Simply enter your property address and contact details, then follow the prompts t...

 **How is your fee calculated?**

Our fee is applied to actual property tax savings in the year we appeal. For instance, if our fee is 25% and your...

 **How does Icon apply tax exemptions to my invoice?**

Per our representation agreement, our invoice is calculated based on the estimated tax savings....

 **How are property taxes calculated?**

Each year, the county tax assessor generates an estimated market value and an "assessed value" for...

 **Is there any risk to my property by signing up?**

There is no risk to signing up a property to protest in Texas, California, New York and Florida. In Tenessee an...

**More FAQs**

Captured by FireShot Pro: 23 April 2025, 14:06:13
https://getfireshot.com

Page 3
Icon Property Tax - Home
https://www.iconpropertytax.com/



# EXHIBIT D

Page 1
Icon Property Tax - Home
https://www.iconpropertytax.com/

**ICON** PROPERTY TAX

Ways to Save   Pricing   Common Questions   Get Started

## Property tax savings starts here

Enter Address    See your free Property Insights!

○ Pay only when you save    ⓢ Zero upfront fees    ♀ Trusted local tax agents

## Maximize your savings, minimize your stress

| Last Year | More Than | Collectively Over |
|---|---|---|
| **82%** | **$100,000,000** | **30 Years** |
| Received a Valuation Reduction | In Tax Savings for Property Owners | Of Industry Experience |

Sign Up to Save

### Cut Costs, Not Corners

**25%** PERFORMANCE-BASED FEE

- ○ No Savings, No Fee – Simple as That!
- ○ Lower Your Tax Burden, Protect Your Investment
- ○ Zero Upfront Cost

## Quick, Simple, & Seamless Sign Up

**Provide your address.**
We'll analyze your property using real-time market data and in-depth local knowledge to provide property insights.

**Share more details.**
You know your property best! The better we understand your property, the more precise our analysis.

**Celebrate your savings.**
We handle the evidence, paperwork, and advocacy to negotiate lower values to save you time and money.

Sign Up in No Time

## Gold Stars & Good Vibes

G 4.9 ★★★★★

Captured by FireShot Pro: 22 April 2025, 00:36:04
https://getfireshot.com

Page 2
Icon Property Tax - Home
https://www.iconpropertytax.com/



**Christel C.** ★★★★★

Had a great experience with Icon Property Tax! Their team was professional, knowledgeable, and made the tax appeal process easy. They helped me save money on my property taxes, and the communication was excellent throughout. Highly recommend their services!

**Hazen C.** ★★★★★

Icon Property Tax made the entire property tax appeal process incredibly smooth and stress-free. Their team is knowledgeable, professional, and truly dedicated to helping homeowners and businesses lower their tax burden.

**Mike D.** ★★★★★

Icon Property Tax has been a game-changer for me. Their knowledgeable...

**Cenni G.** ★★★★★

Icon property tax is phenomenal! Professional, approachable, and takes the guesswork out property tax. One step less and there for you! Highly

**Emmanuel S.** ★★★★★

I had an outstanding experience working with Icon Property Tax! Their team is incredibly knowledgeable, professional, and proactive in navigating the complexities of property tax assessments. They took the time to thoroughly review my case, identify opportunities for tax savings, and guide me through the process with clarity and expertise. Thanks to their efforts, I was able to secure a significant reduction in my property taxes, saving me both time and money. The communication was seamless, and they made what can be a con...

**Read More Reviews**

**Sarah R.** ★★★★★

I'm extremely satisfied with Icon Property Tax. Their professionalism and expertise have resulted in substantial property tax savings for me. They are truly the best in the

**Ricardo T.** ★★★★★

ICON is an outstanding company that truly delivers results when it comes to lowering property taxes! Their team of experts is knowledgeable, professional, and dedicated to fighting for homeowners like me. They handled the entire appeal process seamlessly, keeping me informed and ensuring I received the best possible reduction. Thanks to their efforts, I saved a significant amount on my property taxes without any hassle. If you're looking for a reliable and effective way to reduce your tax burden, I highly recommend ICON!

# Ways to save



**Residential Property Tax Appeal**
Our proprietary software uses advanced data algorithms to analyze millions of records, including market trends, comparable property assessments, and historical data, to build a strong, data-driven protest case for your property. This allows our team to identify discrepancies and...

**Commercial Property Tax Appeal**
Our local tax agents conduct a detailed market analysis using three proven approaches—Income, Cost, and Sales—to determine the value of your property. We meticulously review these methods to ensure an accurate assessment, while also comparing your property's valuation to...

**Property Tax Exemptions**
Unlike other companies, we don't charge for exemption assistance. We're happy to review your application before submission to make sure it's completed correctly. A homestead exemption reduces your property taxes by excluding a portion of your property's value from taxation. There are...

# Common Questions

 How much does it cost?

Our service has no upfront fees—just a 25% contingency fee if we successfully reduce your property's assessed value.

 Can you estimate how much I might save on my property taxes?

We are unable to provide an estimate, as Texas law prohibits it.

Be cautious of firms that offer quick savings estimates or guarantee results without thoroughly reviewing your property. According to the Texas Department of Licensing and Regulation (TDLR), tax consultants are not allowed to:

"Solicit or advertise property tax consulting services by claiming a specific result or stating a conclusion without prior analysis of the facts and circumstances." (RULE §66.100(m))

Any consultant making such promises may not be complying with state regulations. We believe in providing honest, thorough assessments to ensure the best possible outcome for you.

 How do you reduce my property taxes?

We handle the entire property tax appeal process, from filing paperwork to negotiating with county assessors and attending hearings. Our approach combines proprietary technology with local expertise to achieve the best possible tax reductions.

Icon specializes in property tax appeals and will:
Review your notice of appraised value
Analyze opportunities for property tax savings
File a protest by the county deadline

 How do I sign up for a tax appeal with Icon?

Signing up is a breeze! Simply enter your property address and contact details, then follow the prompts to review and sign our engagement documents.

Captured by FireShot Pro: 22 April 2025, 00:36:04
https://getfireshot.com

Present the case to the appraisal district
Negotiate with the district on your behalf

 **How is your fee calculated?**

Our fee is applied to actual property tax savings in the year we appeal. For instance, if our fee is 25% and your property tax bill is reduced from $5,000 to $4,000 our fee will be applied to the $1,000 difference. In this case, the final invoice amount would be $250. You can find pricing for your region here.

 **How does Icon apply tax exemptions to my invoice?**

Per our representation agreement, our invoice is calculated based on the estimated tax savings. We do not use exemptions to calculate our invoices for the following reasons:
Variation Across Counties- Exemption credits vary significantly from county to county. The numerous variations make it challenging for our accounting department to process and calculate accurately.
Complexity and Variables- There are too many variables involved in calculating exemption credits, which adds to the complexity of the process.

 **How are property taxes calculated?**

Each year, the county tax assessor generates an estimated market value and an "assessed value" for each property. These values form the base value ("basis") upon which the property is taxed. The basis is multiplied by the tax rate for your specific tax jurisdictions to calculate the property tax bill.

 **Is there any risk to my property by signing up?**

There is no risk to signing up a property to protest in Texas, California, New York and Florida. In Tenessee and North Carolina it is possible that a property's taxable value can increase, however we review all relevant market data before filing. If we think there is any risk then we will inform you that we are not filing. It's still important to review your property taxes each year to ensure you're only ever paying what's fair.

**More FAQs**

**RESOURCES**
Ways to Save
Pricing
Blog
Support
FAQs

 4.9 ★★★★★




© 2025 ICON Property Tax Appeal.
All rights reserved.

# EXHIBIT E

Page 1
Ownwell: Reduce Your Property Taxes
https://www.ownwell.com/



# How you can save

### Property Tax Appeal

We manage the end-to-end process of property tax protests and appeals. From paperwork to negotiations and appeal hearings, Ownwell handles it all. We combine local expertise with software to build the best evidence to earn tax savings.

### Property Tax Exemptions

There are many types of property tax exemptions from primary residence to senior that can reduce the taxable value of your property. A lower value leads to smaller tax bills. Answer a few questions and Ownwell will complete, file and manage your tax exemptions to unlock more savings!



### Insurance Rate Monitoring

Ownwell monitors your insurance rates and coverage to ensure you are getting the best deal. Answer a few questions and we will shop your insurance policy to find you savings. We monitor and compare rates regularly to ensure you aren't overpaying.

### Bill Reduction

Stop overpaying for your existing internet and phone bills. Share your statement with Ownwell and our reduction experts will work directly with your provider to find you savings. We monitor and compare bills regularly to ensure you aren't overpaying.

# Tax savings everyone is talking about.

4.8 ★★★★★ (1,800+ reviews)

★★★★★

Couldn't have been easier. I just gave them my address and they took it from there. No filing appeals or spending hours to prepare for a hearing to defend my value. Ownwell does it all, no doubt better than I could have done myself. Saved $1500 on my property taxes. Highly recommend.

CHRISTOPHER D.     G

★★★★★

Easy to sign up and great result on savings. I worked with other companies before which require flat fees for the services and no guaranty on savings. Ownwell charges you only when your property tax is reduced. There is nothing to lose and we all love win-win!

W LIANG     G

★★★★★

It was incredibly easy to work with Ownwell. This was my first time using them. Their online portal was easy to navigate, and they only reached out via e-mail when an important update or required information was necessary. They were successful at reducing my property tax bill. I'd definitely work with them in the future!

BRIAN P.     G

★★★★★

The Ownwell team is amazing. The process is all online. Their system is easy to use and they know local tax codes and authorities and they know how to work with appraisal districts to fairly represent homeowners. They were able to successfully get a SIGNIFICANT reduction in property taxes for us.

RICK R.     G

★★★★★

This was my first time working with Ownwell and I couldn't be happier. The entire process was easy & they ended up saving me nearly $1500 on my property tax bill! I definitely recommend using them as I sure will do again in the future.

ALVIN A.     G

★★★★★

The protest process through Ownwell was very smooth and easy. They took care of reducing my property tax bill significantly. It is risk-free because you pay them only after you get your property taxes reduced.

TOM T.     G

★★★★★

Ownwell was a very easy process. I uploaded my documents and they took care of everything. As a first time homeowner I had no idea how to fight my property taxes.

★★★★★

Super highly recommend. They deserve their fees. Great work. Reduced my tax assessment and saved me over $1,600.00 dollars. Very professional and super easy for me, they did all the

[Read More Reviews]

★★★★★

Wow, that was insanely easy and totally worth it! Ownwell got my tax appraisal reduced by almost $400k, saving me almost $6k in cold hard cash. 😊 And I never wrote a letter, nor made a call, nor met with anyone! 😊

# Sign up in less than 3 minutes.



### Enter your address.

With just your address Ownwell will



### Answer some questions.

The more we know about your property,



### Unlock your savings.

We gather evidence, file all

analyze your property expenses to find you savings using real time market data, local expertise and AI.

the more we can save you. There's no up-front costs, it's risk-free to sign up. Only pay if you save!

documentation, and attend hearings on your behalf year after year, so you never overpay again.

**Sign Up Today**



## Featured property tax experts



**Christian E.**

Christian is an experienced property tax consultant based in Atlanta, GA. Christian has helped both commercial and residential property owners save...

**Kimberly S.**

Kimberly is a Licensed Senior Property Tax Consultant based in Houston, TX. Over the past 13 years, Kimberly has successfully handled thousands of...

**Jordan R.**

Jordan is a Certified General Appraiser in New York State, with a focus on property tax consultation in Long Island, New York. With a background a...

**Sign Up Today**

## Frequently Asked Questions



**How much do you charge?**

We charge nothing up front and only charge a contingency fee after we save you money on your property taxes. If you don't save...

**How is your fee calculated?**

Our fee is applied to actual property tax savings in the year we appeal. For instance, if our fee is 25% and your property tax bill is...

**How much can I save?**

On average, customers who earn a reduction typically save about $1,102 through our service. Try out our savings calculator to see ho...

**How are tax exemptions taken into account?**

Our contingency fee is applied to actual property tax savings in the year we appeal. If you have an active homestead exemption, ove...

**How do you lower my taxes?**

We manage the end-to-end process of property tax reduction, from paperwork filing to discussions with county assessors and...

**How are property taxes calculated?**

Each year, the county tax assessor generates an estimated market value and an "assessed value" for each property. These values...

**How does the referral program work?**

**Is there any risk to my property by signing up?**

Captured by FireShot Pro: 23 April 2025, 14:01:46
https://getfireshot.com



You can invite friends and neighbors to sign up for Ownwell by sharing your personalized referral code with them! You can find...

There is no risk to signing up a property to protest or appeal in Texas, California, New York and Florida. In Washington and....

**Sign Up Today**

| COMPANY | RESOURCES | SUPPORT | STATES |
|---|---|---|---|
| About | Case Studies | Help Center | Texas |
| Pricing | Blog | | Illinois |
| Careers | Glossary | | Florida |
| Become a Partner | Testimonials | | Georgia |
| | Templates | | California |
| | | | Washington |
| | | | New York |

Ownwell

4.8 ★★★★★ Rated on 1,500+ reviews   BBB ACCREDITED BUSINESS   A+

Privacy Policy | Terms of Service | GLBA | Accessibility | Disclosures
Do Not Sell or Share My Personal Information
Consent Preferences
© 2025 Ownwell, Inc. All rights reserved.

# EXHIBIT F

Page 1
Texas Tax Protest
https://www.texastaxprotest.com/lower-your-property-taxes/?gad_source=1&gbraid=0AAAAADnqPrDBJQ7zkawMFLv_bQJDYNMeH&gclid=Cj0KCQjw2ZfABhDBARIsAHFTxGxNeQu8DZD6643nNnlyqX4KHU7sClfYGLwE2YMaIclA...



**★★★★★ 4.5 Stars (500+ Reviews)**

# Want To Lower Your Property Taxes?

We help Texas property owners win fair tax assessments. Our expert team provides a custom analysis of your property — building a strong case to reduce your tax burden.

**Watch Video**

**GET STARTED →**



### Substantial Savings

We've secured over $85 million in tax savings for our customers.



### Real People Support

Talk directly to a real Texas-based professional—no offshore call centers.



### Research Technology

Our software leverages big data to simplify tax protests, helping thousands of Texans.

## Don't Just Take Our Word for It

Here's what some of our clients have to say.



 ★★★★★

TTP has been an absolute lifesaver for me and my family! Year after year, we felt helpless as our property taxes kept rising, putting a strain on our finances. Then we...

**R** Ricardo Trevino
about 2 months

 ★★★★★

I have 4 rentals in TX and I've used TX Tax Protest for maybe 10+ years. It's so simple, zero risk and I've saved money on at least 2 or the 4 properties (sometimes all 4)...

**J** Jerolyn Dolan
about 2 months

 ★★★★★

I've been incredibly impressed with Texas Tax Protest. Their expertise and professionalism have led to significant savings on my property taxes. They are definitel...

**M** Mike Dillinger
about 2 months



**Google Rating**
**4.6 ★★★★☆**
651 Google Reviews



## Frequently Asked Questions

⊕ If I protest my property taxes, does that mean my house is worth less?

⊕ What is the cost of your service?

⊕ Can you provide an estimate of my potential tax savings?

⊕ Why should I use a tax consultant to appeal my property taxes?

Captured by FireShot Pro: 22 April 2025, 00:34:32
https://getfireshot.com

Page 2
Texas Tax Protest
https://www.texastaxprotest.com/lower-your-property-taxes/?gad_source=1&gbraid=0AAAAADnqPrDBJQ7zkawMFLv_bQJDYNMeH&gclid=Cj0KCQjw2ZfABhDBARIsAHFTxGxNeQu8DZD6643nNnlyqX4KHU7sClfYGLwE2YMaIclA...

⊕  When is the deadline to protest my property value?

⊕  In which counties are your services available?

**Company**

Why Choose Us?
Protest Process
Reviews
Our Story

**Resources**

Case Studies
FAQs
Contact
Client Portal
Blog

★ TEXAS
TAX PROTEST

G  4.6 ★★★★☆

DALLAS BUSINESS JOURNAL
BEST PLACES TO WORK
FIVE TIME HONOREE

Neighborhood
FAVE
nextdoor

Inc.
5000

BBB ACCREDITED BUSINESS    A+

© 2025 Texas Tax Protest.
All rights reserved.

# EXHIBIT G

Page 1
Icon Property Tax Launches Full-Service, No-Upfront-Fee Appeal Solution for Homeowners and Businesses
https://www.prnewswire.com/news-releases/icon-property-tax-launches-full-service-no-upfront-fee-appeal-solution-for-homeowners-and-businesses-302429533.html



Resources   Blog   Journalists                                                    Client Login   Send a Release

**PR Newswire**    News    Products    Contact                                Search

News in Focus    Business & Money    Science & Tech    Lifestyle & Health    Policy & Public Interest    People & Culture

# Icon Property Tax Launches Full-Service, No-Upfront-Fee Appeal Solution for Homeowners and Businesses



NEWS PROVIDED BY
**Icon Property Tax** →
Apr 15, 2025, 15:51 ET

SHARE THIS ARTICLE

*Firm simplifies property tax appeals with expert support and transparent, no-upfront-fee pricing*

DALLAS, April 15, 2025 /PRNewswire/ -- Icon Property Tax has officially launched its comprehensive property insights dashboard, making it easier than ever for residential and commercial property owners to lower their property tax bills. With no upfront costs and a performance-based model, Icon is removing the barriers of cost, complexity, and uncertainty from the property tax protest process.

With over 30 years of combined industry experience, Icon Property Tax has helped clients save more than $100 million through successful property tax reductions. The firm's team of local tax agents manages the entire appeal process—from filing to resolution—striving to maximize savings with minimal stress for property owners.

"Filing a property tax appeal can be overwhelming for most people," said Nick Olenec, CEO and Founder of Icon Property Tax. "We created a streamlined, risk-free approach that puts the power back in the hands of property owners - helping them secure fair property tax assessments without the hassle."

Icon's easy-to-use, tech-enabled platform lets clients start and track their appeals online with complete transparency. The company uses in-depth market data and customized analysis to build strong cases for residential and commercial appeals, improving success rates and client satisfaction.

Industry research shows that fewer than 5% of property owners appeal their property tax assessments, even though many are over-assessed and eligible for substantial savings. Icon Property Tax is on a mission to change that by making property tax relief more accessible, affordable, and achievable for everyone.

Whether you're a homeowner, landlord, or commercial property manager, Icon Property Tax offers a trusted, proven, and powerful way to reduce your property taxes.

**About Icon Property Tax**

Icon Property Tax is a leading firm dedicated to helping property owners reduce their tax liabilities through expert appeals and personalized service. With over 30 years of combined industry experience, our team of trusted local tax agents has secured more than $100 million in tax savings for property owners. We specialize in residential and commercial property tax appeals, utilizing advanced data analytics and in-depth market knowledge to build compelling cases. Our performance-based model ensures that clients pay no upfront fees and only pay when they save. At Icon Property Tax, we simplify the tax appeal process, aiming to maximize savings and minimize stress for our clients. For more information, visit **iconpropertytax.com**.

SOURCE Icon Property Tax



Contact PR Newswire        Products            About              My Services

Captured by FireShot Pro: 23 April 2025, 14:27:01
https://getfireshot.com

Page 2
Icon Property Tax Launches Full-Service, No-Upfront-Fee Appeal Solution for Homeowners and Businesses
https://www.prnewswire.com/news-releases/icon-property-tax-launches-full-service-no-upfront-fee-appeal-solution-for-homeowners-and-businesses-302429533.html

Call PR Newswire at 888-776-0942
from 8 AM - 9 PM ET

Chat with an Expert

Contact Us ⌃

X  f  in

For Marketers
For Public Relations
For IR & Compliance
For Agency
All Products

About PR Newswire
About Cision
Become a Publishing Partner
Become a Channel Partner
Careers
Accessibility Statement

Global Sites ⌃

All New Releases
Online Member Center
ProfNet
Data Privacy

Do not sell or share my personal
information:

• Submit via Privacy@cision.com
• Call Privacy toll-free: 877-297-8921

Terms of Use  |  Privacy Policy  |  Information Security Policy  |  Site Map  |  RSS  |  Cookie Settings

Copyright © 2025 Cision US Inc.

Captured by FireShot Pro: 23 April 2025, 14:27:01
https://getfireshot.com

# EXHIBIT H

Page 1
Icon Property Tax - Google Maps
https://www.google.com/maps/place/Icon+Property+Tax/@35.2284703,-80.8393358,1562m/data=!3m1!1e3!4m6!3m5!1s0x8856a18cf6beb9d3:0x651d25cbed9508f8!8m2!3d35.2277405!4d-80.8428463!16s/g/11fjtp7r...



# EXHIBIT I

Page 1
Google Maps
https://www.google.com/maps/contrib/115091067383216127465/reviews/@34.0160079,-88.8244389,1929983m/data=!3m2!1e3!4b1!4m3!8m2!3m1!1e1?hl=en&entry=ttu&g_ep=EgoyMDI1MDQxNi4xIKXMDSoJLDEwMj...



# EXHIBIT J

Page 1
Texas Tax Protest - FAQs
https://www.texastaxprotest.com/faq/



Why Choose Us?    Protest Process    FAQs    Contact Us    Sign In

 # Frequently Asked Questions

## Most Commonly Asked Questions

### ⊗ Why should I use a tax consultant to appeal my property taxes?

Just as you would hire a CPA for income tax preparation, employing a property tax consultant to protest your property taxes is equally essential. Our team is well-versed in property valuation techniques, local tax regulations, and appraisal district protocols. We are committed to achieving the best results every year for our clients.

### ⊗ How does TTP stand out from its competitors?

We focus on cultivating strong relationships with our clients to best serve them. We also employ a customized strategy to reduce your property taxes, avoiding the one-size-fits-all approach common among many firms. We want you to win! Unlike others firms that may settle for minimal reductions, our team is committed to securing the maximum possible reduction for you.

### ⊗ Can you provide an estimate of my potential tax savings?

No, under TX law we cannot provide an estimate.

We recommend being cautious of property tax protest providers that offer instant savings estimates or provide figures before thoroughly researching your property.

In fact, Texas regulatory agency, TDLR does not permit tax consultants to:
*"to solicit or advertise property tax consulting services by claiming a specific result or stating a conclusion regarding such services without prior analysis of the facts and circumstances pertaining thereto."* **RULE §66.100(m)** *View More*

Consultants that solicit or advertise property tax consulting services by claiming a specific result are in violation of the law.

### ⊗ What is the cost of your service?

We offer competitive pricing for homeowners, investors, and commercial property owners. Pricing varies based on the number of properties and property valuation. All pricing can be viewed by searching for your property on our online sign-up portal and viewing the details.

### ⊗ How have you performed for your clients?

In our view, each property is unique and deserves a thorough analysis. Our strategy involves diligently reviewing relevant details about your property to formulate a solid case. This process unfolds over the duration of the appeal process.

We highlight some of our recent success stories on our *case studies* page.

### ⊗ What are the chances of successfully lowering my appraised value if I enroll?

During the 2023 property tax protest season, we secured appraisal reductions for over 80% of our clients. Although we can't promise specific outcomes, we can provide average statistics from our previous work. For more detailed statistics, please explore our residential and commercial *case studies*.

### ⊗ Is it risky to appeal? Can my assessed value be raised if I protest?

The short answer is no. At an informal or formal hearing, the central appraisal district is not permitted to raise your assessed value so there is no risk to you.

## Property Value

### ⊗ How does the appraisal district establish the value of my property?

The appraisal district employs a mass appraisal system to value your property, relying on a large database that may include inaccurate or outdated information about your property. That means each year, there is usually no one from the district conducting a personal review of your individual property. The mass appraisal method often introduces errors, providing us with significant opportunities to reduce your property taxes.

### ⊗ What is the difference between "market value" and "assessed value"?

Market value is often higher than assessed value because market value reflects the current conditions and prices in the real estate market, whereas assessed value is determined by the local tax assessor for tax purposes and may include caps or exemptions that limit increases in taxable value.

### ⊗ If I protest my property taxes, does that mean my house is worth less?

No, no, no. The market value of a home is determined by recent sale in an area, not by the appraisal district's value. If you plan to sell your house, it may actually be attractive to a buyer if the taxes on your home are less. That means less out of pocket for them.

*Texas Tax Protest is available year round to answer your property tax questions and address any concerns you may have about the protest process. When you call you will always have the opportunity to speak with one of our agents. No recordings, just real people.*

### ⊗ If my property is already valued lower than its potential sale price, why should I consider protesting?

Even when a property is valued well below its potential sale price, we frequently uncover opportunities to reduce property taxes. This success often stems from employing various protest strategies under the equal and uniform tax law, such as identifying discrepancies in how your property is taxed compared to others in the area.

### ⊗ Why is my property valued higher than my neighbor's?

If your property is appraised higher than similar neighboring properties, it may be due to specific property characteristics in the appraisal district's database. After we file an appeal, we gain access to detailed evidence outlining the appraisal district's calculations and methodology. This evidence package often contains inaccuracies or outdated information. We meticulously review the appraisal district's report and address any discrepancies to help reduce your property tax bill. Additionally, even if your property is valued lower than your neighbors, there are other appeal strategies that can result in tax savings.

Captured by FireShot Pro: 23 April 2025, 14:41:02
https://getfireshot.com

# Property Tax Protest

### ⊗ Appealing my property taxes seems overwhelming. Where do I start?

Each appraisal district has their own process and guidelines to help homeowners protest.

*Texas Tax Protest takes all the guess work and uncertainty out of the protest process. Start by signing up with us. The process only requires three forms, which we fill out for you. All you need to do is review and sign. It's really that easy!*

### ⊗ When is the property tax appeal filing deadline?

The deadline to file a protest is May 15th, or 30 days after the Notice of Appraised Value is sent, whichever comes later. If May 15th is on a weekend or holiday, the deadline extends to the next business day. It's advisable to sign up with us early to allow ample time to prepare and file your protest.

### ⊗ I missed the May 15th tax protest deadline; is it still possible to retain your services?

If you've missed your protest deadline, you may still be eligible to file a 25.25 late protest depending on specific circumstances. It's crucial that you understand what to expect from a late protest filing. Please reach out to us for further details.

Additionally, if your notice of appraised value is dated after April 15th, you will have additional time to file deadline beyond May 15th deadline. We may still be able to assist you for the current tax year on a case-by-case basis.

The appeal deadline is May 15th or 30 days after notice of your assessed value is mailed to you, whichever is later

No, we allow clients to provide us photos and documents through their annual property survey. The annual questionnaire helps us understand the condition of your property. While, we provide clients the most value thorough data research, due diligence, and utilizing our proprietary technology. Coupling our evidence with client provided evidence often presents a compelling case for a appraisal reduction.

### ⊗ What can I do if I missed the appeal deadline?

There are only a few situations in which a property owners can file a late protest,

First, non-homesteads, you can file a late protest if there is a significant overvaluation, known as a 25.25(d) protest. To qualify, you must demonstrate that your property is appraised at least one-third higher than its true value. For instance, if your property is appraised at $400,000, you must show that its actual value is less than $300,000 to even be considered for a reduction. This protest must be filed by December 31st of the current tax year, your taxes must be paid on time, and you must not have filed another protest for the same year.

A property owner can also make a case under a 25.25(d) for a residential homesteads if the property is over-appraised by at least one-fourth.

Additionally, you can seek to reopen the appraisal roll for up to four past tax years to correct clerical errors, such as miscalculations or exemption issues, through a 25.25c protest. However, a 25.25c cannot be used to contest the appraised value itself.

### ⊗ I filed my own protest. Can I still hire you?

If you have already filed your protest, we cannot take you on as a new client for the current tax year. We achieve the best reduction results when we manage the entire protest process from start to finish. Please consider reaching out to us next year!

### ⊗ Does providing the sale price of my recently acquired property offer any assistance?

Yes. If you acquired the property for a higher amount than its appraisal value, it's crucial for us to be informed of the sales price. We can still appeal your valuation under other statues of the property tax code. Please note, we treat your purchase documents with utmost care, ensuring confidentiality. We will only disclose the sales price, if it contributes to reducing your property taxes and if no other strategies for achieving a stronger reduction are available.

### ⊗ Can I attend meetings with the Appraisal District and Appraisal Review Board?

Our licensed property tax consultants, having attended thousands of hearings, are skilled at securing the best outcomes for our clients. Occasionally, clients may unintentionally present evidence that undermines our case. To ensure the most effective representation, it is preferable for our consultants to engage directly with the appraisal district.

### ⊗ When do I get my appeal results?

Our hearings typically conclude during the late summer and fall months. However, the timing is largely determined by the appraisal district, as they assign our hearing dates.

### ⊗ What if I don't like my appeal results?

Appeal results are typically final, with some additional taxpayer remedies available for escalation.

Our experts strive to secure the optimal outcome for you. Though infrequent, there are instances where the appraisal district presents compelling evidence that is challenging to counter. To discuss your case further and review escalation options, please don't hesitate to contact our team.

### ⊗ When do the new tax rates come out?

Tax rates are typically set in November of the current tax year.

*Texas Tax Protest has no control over tax rates, but we can offer our expertise in helping you reduce your home's assessed value so you pay less in property taxes overall.*

---

**Company**

Why Choose Us?
Protest Process
Reviews
Our Story

**Resources**

Case Studies
FAQs
Contact
Client Portal
Blog



      

© 2025 Texas Tax Protest.
All rights reserved.

# EXHIBIT K



# EXHIBIT L

Page 1
Google Maps
https://www.google.com/maps/contrib/115788079323031514966/reviews/@34.0026373,-88.8244389,1930287m/data=!3m2!1e3!4b1!4m3!8m2!3m1!1e1?hl=en&entry=ttu&g_ep=EgoyMDI1MDQxNi4xIKXMDSoJLDEwMj...



# EXHIBIT M

Page 1
Google Maps
https://www.google.com/maps/contrib/115402307882927854843/reviews/@31.8903224,-88.8244389,1976970m/data=!3m2!1e3!4b1!4m3!8m2!3m1!1e1?hl=en&entry=ttu&g_ep=EgoyMDI1MDQxNi4xIKXMDSoJLDEwMj...



# EXHIBIT N

Page 1
Ad Library
https://www.facebook.com/ads/library/?active_status=active&ad_type=all&country=US&id=3628270140807933&is_targeted_country=false&media_type=all&search_type=page&view_all_page_id=915440491994884



Captured by FireShot Pro: 23 April 2025, 17:33:34
https://getfireshot.com

# EXHIBIT O

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## TX 9-519-766

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
July 21, 2025

## Title

| | |
|---|---|
| **Title of Work:** | How is your fee calculated? |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | April 17, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | OwnWell, Inc. |
| **Author Created:** | text |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | OwnWell, Inc.<br>1703 W 5th St, Suite 625, Austin, Texas, 78703, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | OwnWell, Inc. |
| **Address:** | 1703 W 5th St<br>Suite 625<br>Austin, Texas 78703 United States |

## Certification

| | |
|---|---|
| **Name:** | Jamie Ryan |

**Date:**  July 16, 2025

**Correspondence:**  Yes

# EXHIBIT P

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## TX 9-519-219

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
July 18, 2025

## Title

**Title of Work:**    Is there any risk to my property by signing up?

## Completion/Publication

**Year of Completion:**    2024
**Date of 1st Publication:**    April 17, 2024
**Nation of 1st Publication:**    United States

## Author

- **Author:**    OwnWell, Inc.
  **Author Created:**    text
  **Work made for hire:**    Yes
  **Citizen of:**    United States
  **Domiciled in:**    United States

## Copyright Claimant

**Copyright Claimant:**    OwnWell, Inc.
1703 W 5th St, Suite 625, Austin, Texas, 78703, United States

## Rights and Permissions

**Organization Name:**    OwnWell, Inc.
**Address:**    1703 W 5th St
Suite 625
Austin, Texas 78703 United States

## Certification

**Name:**    Jamie Ryan

Page 1 of 2

**Date:**    July 16, 2025

**Correspondence:**    Yes

# EXHIBIT Q

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## TX 9-519-215

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
July 18, 2025

---

## Title

**Title of Work:** How are property taxes calculated?

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** April 17, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** OwnWell, Inc.
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** OwnWell, Inc.
1703 W 5th St, Suite 625, Austin, Texas, 78703, United States

## Rights and Permissions

**Organization Name:** OwnWell, Inc.
**Address:** 1703 W 5th St
Suite 625
Austin, Texas 78703 United States

## Certification

**Name:** Jamie Ryan

Page 1 of 2

**Date:**    July 16, 2025

**Correspondence:**    Yes

# EXHIBIT R

Page 1
Icon Property Tax - Home
https://www.iconpropertytax.com/



## Property Tax Savings
## Starts Here

**Sign Up To Save →**

 Pay Only When You Save    Zero Upfront Fees    Trusted Local Tax Agents

## Maximize Your Savings, Minimize Your Stress

Last Year
**82%**
Received a Valuation Reduction

More Than
**$100M**
In Tax Savings for Property Owners

Collectively Over
**30 Years**
Of Industry Experience

**Sign Up To Save ❯**

## Gold Stars & Good Vibes

**Christal C.** ★★★★★
Had a great experience with Icon Property Tax! Their team made the tax appeal process easy. They helped me save money on my property taxes, and the communication was excellent throughout.

**Hazen C.** ★★★★★
Icon Property Tax made the entire property tax appeal process incredibly smooth and stress-free. Their team is knowledgeable, professional, and truly dedicated to helping homeowners and businesses lower their tax burden.

**Sarah R.** ★★★★★
I'm extremely satisfied with Icon Property Tax. Their professionalism and expertise have resulted in substantial property tax savings for me. They are truly the best in the business.

**Emmye**
I had a working Thanks secure proper and m reliable Tax is th

← →



### Cut Costs, Not Corners

**25%**
PERFORMANCE-BASED FEE

✓ No Savings, No Fee – Simple as That!
✓ Lower Your Tax Burden, Protect Your Investment
✓ Zero Upfront Cost

## 3 Step Sign Up
## Quick, Simple, Seamless

 ①
**Provide your address.**
We'll analyze your property using real-time market data and in-depth local knowledge to provide property insights.

② 
**Icon handles your appeal.**
We build your case, file your appeal, and negotiate directly with the county to pursue a property tax reduction.

 ③
**Celebrate your savings.**
We handle the evidence, paperwork, and advocacy to negotiate lower values to save you time and money.

**Sign Up in No Time**

## Ways to Save



### Residential Property Tax Appeal
- Our property insights and proprietary software power appeals that challenge overvaluation.
- Millions of records —sales, assessments, and trends — analyzed to uncover savings.
- The result: a smarter, stronger case built to reduce your tax burden.

### Commercial Property Tax Appeal
- Our local tax experts use the Income, Cost, and Sales approaches.
- Your property is benchmarked against similar properties to support a fair value.
- The impact: precision-built appeals designed to lower your tax burden.

### Property Tax Exemptions
- Exemptions reduce your taxable value, which can result in a lower tax bill.
- Before you file your exemption, we'll review it at no extra cost to help you avoid mistakes.
- The benefit: hands-on guidance for claiming the savings you're entitled.

## Common Questions

 **How much does it cost?**

Our service has no upfront fees—just a 25% contingency fee if we successfully reduce your property's assessed...

 **Can you estimate how much I might save on my property taxes?**

We are unable to provide an estimate, as Texas law prohibits it....

 **How do you reduce my property taxes?**

We handle the entire property tax appeal process, from filing paperwork to negotiating with county assessors...

 **How do I sign up for a tax appeal with Icon?**

Signing up is a breeze! Simply enter your property address and contact details, then follow the prompts t...

 **How is your fee calculated?**

Our fee is applied to actual property tax savings in the year we appeal. For instance, if our fee is 25% and your...

 **How does Icon apply tax exemptions to my invoice?**

Per our representation agreement, our invoice is calculated based on the estimated tax savings....

 **How are property taxes calculated?**

Each year, the county tax assessor generates an estimated market value and an "assessed value" for...

 **Is there any risk to my property by signing up?**

There is no risk to signing up a property to protest in Texas, California, New York and Florida. In Tenessee and...

**More FAQs**

**RESOURCES**
Ways to Save
Pricing
Blog
Support
FAQs



G  4.9 ★★★★★

© 2025 ICON Property Tax Appeal.
All rights reserved.

Captured by FireShot Pro: 27 July 2025, 20:28:29
https://getfireshot.com

# EXHIBIT S

Page 1
Icon Property Tax - Home
https://www.iconpropertytax.com/



## Maximize Your Savings, Minimize Your Stress

Last Year
**82%**
Received a Valuation Reduction

More Than
**$100M**
In Tax Savings for Property Owners

Collectively Over
**30 Years**
Of Industry Experience

Sign Up To Save >

## Gold Stars & Good Vibes






**Christal C.** ★★★★★
Had a great experience with Icon Property Tax! Their team made the tax appeal process easy. They helped me save money on my property taxes, and the communication was excellent throughout.

**Hazen C.** ★★★★★
Icon Property Tax made the entire property tax appeal process incredibly smooth and stress-free. Their team is knowledgeable, professional, and truly dedicated to helping homeowners and businesses lower their tax burden.

**Sarah R.** ★★★★★
I'm extremely satisfied with Icon Property Tax. Their professionalism and expertise have resulted in substantial property tax savings for me. They are truly the best in the business.

### Cut Costs, Not Corners

**25%**
PERFORMANCE-BASED FEE

- No Savings, No Fee – Simple as That!
- Lower Your Tax Burden, Protect Your Investment
- Zero Upfront Cost

## 3 Step Sign Up
## Quick, Simple, Seamless


**Provide your address.**
We'll analyze your property using real-time market data and in-depth local knowledge to provide property insights.


**Icon handles your appeal.**
We build your case, file your appeal, and negotiate directly with the county to pursue a property tax reduction.


**Celebrate your savings.**
We handle the evidence, paperwork, and advocacy to negotiate lower values to save you time and money.

Sign Up in No Time

Captured by FireShot Pro: 27 July 2025, 20:29:00
https://getfireshot.com

## Ways to Save



**Residential Property Tax Appeal**
- Our property insights and proprietary software power appeals that challenge overvaluation.
- Millions of records — sales, assessments, and trends — analyzed to uncover savings.
- The result: a smarter, stronger case built to reduce your tax burden.

**Commercial Property Tax Appeal**
- Our local tax experts use the Income, Cost, and Sales approaches.
- Your property is benchmarked against similar properties to support a fair value.
- The impact: precision-built appeals designed to lower your tax burden.

**Property Tax Exemptions**
- Exemptions reduce your taxable value, which can result in a lower tax bill.
- Before you file your exemption, we'll review it at no extra cost to help you avoid mistakes.
- The benefit: hands-on guidance for claiming the savings you're entitled.

## Common Questions

 **How much does it cost?**

Our service has no upfront fees—just a 25% contingency fee if we successfully reduce your property's assessed value.

 **Can you estimate how much I might save on my property taxes?**

We are unable to provide an estimate, as Texas law prohibits it.

Be cautious of firms that offer quick savings estimates or guarantee results without thoroughly reviewing your property. According to the Texas Department of Licensing and Regulation (TDLR), tax consultants are not allowed to:

"Solicit or advertise property tax consulting services by claiming a specific result or stating a conclusion without prior analysis of the facts and circumstances." (RULE §66.100(m))

Any consultant making such promises may not be complying with state regulations. We believe in providing honest, thorough assessments to ensure the best possible outcome for you.

 **How do you reduce my property taxes?**

We handle the entire property tax appeal process, from filing paperwork to negotiating with county assessors and attending hearings. Our approach combines proprietary technology with local expertise to achieve the best possible tax reductions.

Icon specializes in property tax appeals and will:
Review your notice of appraised value
Analyze opportunities for property tax savings
File a protest by the county deadline
Present the case to the appraisal district
Negotiate with the district on your behalf

 **How do I sign up for a tax appeal with Icon?**

Signing up is a breeze! Simply enter your property address and contact details, then follow the prompts to review and sign our engagement documents.

 **How is your fee calculated?**

Our fee is applied to actual property tax savings in the year we appeal. For instance, if our fee is 25% and your property tax bill is reduced from $5,000 to $4,000 our fee will be applied to the $1,000 difference. In this case, the final invoice amount would be $250. You can find pricing for your region here.

 **How does Icon apply tax exemptions to my invoice?**

Per our representation agreement, our invoice is calculated based on the estimated tax savings. We do not use exemptions to calculate our invoices for the following reasons:
Variation Across Counties- Exemption credits vary significantly from county to county. The numerous variations make it challenging for our accounting department to process and calculate accurately.
Complexity and Variables- There are too many variables involved in calculating exemption credits, which adds to the complexity of the process.

 **How are property taxes calculated?**

Each year, the county tax assessor generates an estimated market value and an "assessed value" for each property. These values form the base value ("basis") upon which the property is taxed. The basis is multiplied by the tax rate for your specific tax jurisdictions to calculate the property tax bill.

 **Is there any risk to my property by signing up?**

There is no risk to signing up a property to protest in Texas, California, New York and Florida. In Tenessee and North Carolina it is possible that a property's taxable value can increase, however we review all relevant market data before filing. If we think there is any risk then we will inform you that we are not filing. It's still important to review your property taxes each year to ensure you're only ever paying what's fair.

**More FAQs**

Page 3
Icon Property Tax - Home
https://www.iconpropertytax.com/



© 2025 ICON Property Tax Appeal.
All rights reserved.

# EXHIBIT T

← Back



Potential Savings

**Great news! We can help.**

Based on recent sales and valuation data in your area, you may have an opportunity to save with a property tax protest. Our local tax experts will review your property details and build a compelling case to maximize your tax savings.



221 Coffee Mill Creek Rd
Georgetown, TX 78633

Potential Savings **$590**

⊗ How was this calculated?

| | |
|---|---|
| County Assessed Value ⓘ | $390,022 |
| Ownwell Assessed Value ⓘ − | $366,434 |
| Assessment Reduction | $23,588 |
| County Tax Rate ⓘ x | 2.50% |
| Potential Property Tax Savings | $590 |

This estimate is based on currently available data.
Additional factors will impact your final savings results such as exemptions, property condition, etc.

**Continue**

Ownwell's property tax monitoring service ensures you'll never overpay again.



**Savings-or-Free Guarantee**
No up-front costs or hidden fees. We'll handle your protests and exemptions at no cost if it doesn't result in savings.



**Competitive, Transparent Pricing**
Only pay 25% of what you save on your property taxes, after you see savings.



**Free Tax Monitoring**
Never overpay again. We'll analyze and file whenever there's an opportunity to save.

 Hi. Need any help?



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

IPG0000199

# EXHIBIT U

Page 1
Ownwell - Terms of Service
https://web.archive.org/web/20241128104004/https://www.ownwell.com/terms

# TERMS OF USE

Last updated Oct 28, 2024

## AGREEMENT TO TERMS

Welcome to our Site. This Site is maintained as a service to our customers. By using this Site, you agree to comply with and be bound by the following terms of use (the "Terms"). Please review these Terms carefully. If you do not agree to these Terms, you should not use the Site.

These Terms constitute a legally binding agreement made between you, whether you are using the Site personally or on behalf of an entity ("you") and Ownwell, Inc ("Ownwell", "Company", "we", "us", or "our"), concerning your access to and use of the https://www.ownwell.com website as well as any other website, media form, media channel, or mobile website related, linked, or otherwise connected thereto (collectively, the "Website") as well as any services offered by the Company, either through the Website or otherwise (the "Services" and together with the Website, the "Site"). You agree that by accessing and/or using the Site or the Services, you have read, understood, and agree to be bound by all of these Terms.

If you are accessing or using the Site on behalf of an entity, you represent that you have the authority to bind the entity to these Terms.

IF YOU DO NOT AGREE WITH ALL OF THESE TERMS, THEN YOU ARE EXPRESSLY PROHIBITED FROM USING THE SITE AND MUST DISCONTINUE USE IMMEDIATELY.
NOTE: THESE TERMS CONTAIN A DISPUTE RESOLUTION AND ARBITRATION PROVISION, INCLUDING CLASS ACTION WAIVER THAT AFFECTS YOUR RIGHTS UNDER THESE TERMS AND WITH RESPECT TO DISPUTES YOU MAY HAVE WITH THE COMPANY.

Supplemental terms and conditions or documents that may be posted on the Site from time to time are hereby expressly incorporated herein by reference. We reserve the right, in our sole discretion, to make changes or modifications to these Terms at any time and for any reason. We will alert you about any changes by updating the Terms and the "Last updated" date of these Terms, and, if you have registered for an account with us, we will send you an email at the email address you have provided regarding the updates to the Terms. Notwithstanding the foregoing, it is your responsibility to periodically review these Terms to stay informed of updates. By your continued use of the Site, you will be subject to, and deemed to have been aware of, and to have accepted, the changes in any revised Terms after the date such revised Terms are posted.

The information provided on the Site is not intended for distribution to or use by any person or entity in any jurisdiction or country where such distribution or use would be contrary to law or regulation or which would subject us to any registration requirement within such jurisdiction or country. Accordingly, those persons who choose to access the Site from other locations do so on their own initiative and are solely responsible for compliance with local laws, if and to the extent local laws are applicable.

The Site is not tailored to comply with industry-specific regulations (Health Insurance Portability and Accountability Act (HIPAA), Federal Information Security Management Act (FISMA), etc.), so if your interactions would be subject to such laws, you may not use this Site. You may not use the Site in a way that would violate the Gramm-Leach-Bliley Act (GLBA).

The Site is intended for users who are at least 18 years old. Persons under the age of 18 are not permitted to use or register for the Site.

## INTELLECTUAL PROPERTY RIGHTS

Unless otherwise indicated, the Site is our proprietary property and all source code, databases, functionality, software, website designs, audio, video, text, photographs, and graphics on the Site (collectively, the "Content") and the trademarks, service marks, and logos contained therein (the "Marks") are owned or controlled by us or licensed to us, and are protected by copyright and trademark laws and various other intellectual property rights and unfair competition laws of the United States, international copyright laws, and international conventions. The Content and the Marks are provided on the Site "AS IS" for your information and personal use only. Except as expressly provided in these Terms, no part of the Site and no Content or Marks may be copied, reproduced, aggregated, republished, uploaded, posted, publicly displayed, encoded, translated, transmitted, distributed, sold, licensed, or otherwise exploited for any commercial purpose whatsoever, without our express prior written permission.

Provided that you are eligible to use the Site, you are granted a limited license to access and use the Site and to download or print a copy of any portion of the Content to which you have properly gained access solely for your personal, non-commercial use ("Permitted Purposes"). We reserve all rights not expressly granted to you in and to the Site, the Content and the Marks.

## USER REPRESENTATIONS

By using the Site, you represent and warrant that: (1) all registration information you submit will be true, accurate, current, and complete; (2) you will maintain the accuracy of such information and promptly update such registration information as necessary; (3) you have the legal capacity and you agree to comply with these Terms; (4) you are not a minor in the jurisdiction in which you reside; (5) you will not access the Site through automated or non-human means, whether through a bot, script or otherwise; (6) you will not use the Site for any illegal or unauthorized purpose; and (7) your use of the Site will not violate any applicable law or regulation.

If you provide any information that is untrue, inaccurate, not current, or incomplete, we have the right to suspend or terminate your account and refuse any and all current or future use of the Site (or any portion thereof).

## ADDITIONAL SERVICE TERMS

Captured by FireShot Pro: 22 January 2026, 21:16:41
https://getfireshot.com

Certain Services that we may make available are subject to additional or supplemental terms.

## Tax Appeal/Protest/Grievance Services

For Tax Appeal/Protest/Grievance Services, the following supplemental terms apply.

For property tax appeals filed in calendar year 2021 or later, you agree to furnish us with physical or electronic record of the Property Value Notice ("Notice") received for all appeals submitted, OR attests, upon submission of Service Agreement & Authorization of Agent forms or by non-termination of existing Service, that Notice was not received from relevant county property assessment authority. If property owner wishes not to attest to non-receipt of Notice and does not provide the Company with physical or electronic record of the Notice, property owner agrees to withdraw any existing or future appeals.

## Bill Reduction Monitoring and Negotiation Services

For Bill Reduction Monitoring and Negotiation Services ("Bill Monitoring Services"), the following supplemental terms apply.

In order to receive Bill Negotiation Services, you must provide us with the following information: the account holder's name, your name and relationship to the account holder (if different), and your respective addresses, phone numbers and email addresses, the name of the service provider ("Provider"), the applicable account number, password, pin number, or other security credentials to access the account, and any other specific information your Provider may require for us to make changes to your account.

If needed, you also agree to provide a copy of the current monthly billing statement for the account showing the products and features you receive and the amounts you are billed. This information may be provided either by uploading a photo of the bill, or by enabling us to access your online bill via a third-party provider.

You also agree to provide us with any additional information relevant to the negotiations prior to the start of the negotiation, including if you're planning to cancel or switch Providers within the next year. We may decline to provide the requested Bill Negotiation Services based on the information provided in our sole discretion.

You represent and warrant that all of the information you provide to us is accurate, complete and correct. You agree that we may rely upon and share your information with our agents, referral partners, providers and otherwise, as necessary in order to offer and provide the Bill Negotiation Services to you. Your personal information will only be used in the manner and for the purposes set forth in our Privacy Policy .

By requesting Bill Negotiation Services, you authorize us to contact your Provider as your limited agent in order to secure a better rate on the service on your behalf. We will be empowered to provide account verification details including, but not limited to, your full name, respective addresses, phone numbers, and email addresses, your applicable account number, and the password, PIN number, or other security credentials to access the account or validate the account with the service provider in order to proceed with the negotiation. If it's necessary for our agents to represent to your Provider that they're the account holder, you consent to such representation solely in order to perform the Bill Negotiation Services.

Bill Negotiation Services request can be canceled at any point prior to the start of any such Bill Negotiation Services by contacting our Support team. You can also request to cancel your Bill Reduction Monitoring at any point so that we do not pursue further reductions on a specific bill. If we've already begun or completed the Bill Negotiation service on a bill, you will still be responsible for any invoice as a result. If you'd like to attempt to negotiate your own bill, you must cancel your request prior to Ownwell completing the requested Bill Negotiation Services or you will be held responsible for all associated fees.

You will be charged a fee (the "Negotiation Fee") for the Bill Negotiation Services. The current Negotiation Fee is dependent on county and membership level fees, anywhere between 25.-50% of the savings achieved as a result of the negotiation over the length of months that the savings applies to. You will see what your contingency fee is at the time of creating and submitting a bill for reduction.

For instance, if the user is in Texas at a 25% fee and Ownwell is able to lower a bill by $10 per month, that would equal savings of $120 over 12 months and a Negotiation Fee of $30. We may charge the Negotiation Fee to the authorized credit or debit card if provided and on file for the account, otherwise an invoice will be emailed for payment to be received within 30 days of invoice submission.

You agree, that if we find out that your rate is soon to go up and manage to negotiate maintenance of your current bill instead. This may result in Ownwell adding a promotion to your bill. This may occur before a current promotion expires, if we are able to negotiate the same. This may result in your bill remaining unchanged in an effort to ensure there is no lapse in the promotional rate. This action will result in our standard Bill Negotiation fee if we are able to negotiate the same or better rate.

For instance, if we know your bill is about to increase from $100 a month to $120 per month for the next 12 months and if we are able to negotiate with your provider to keep the $100, we will charge you the Negotiation Fee based on the difference, except as otherwise required by applicable law. In these instances, we will obtain proof from your service provider that a rate increase was imminent, and that we successfully negotiated to either keep or reduce your current rate before it was raised.

In the event that you choose to cancel the service for which Ownwell performed Bill Negotiation Services, you must notify Ownwell in writing no later than thirty (30) days after your provider services are canceled in order to receive a pro-rata credit for the days remaining in the month in which your services are canceled. If you cancel your service before all savings for a given billing period appear on your bill(s), you must send documentation to Ownwell within thirty (30) days after such cancellation takes effect showing the last date of service, and Ownwell will adjust your invoice on a pro-rata basis taking into account the date of service cancellation.

Ownwell's negotiated savings generally take 1 to 2 billing cycles to reflect on your statement. By default, you consent to Ownwell improving the quality of your service if it doesn't increase your cost of service. You're responsible for fees resulting from any and all Bill Negotiation Services that are submitted through your Ownwell account.

## Referral Program Terms:

If you wish to participate in our Referral Program, you must request a unique referral link as set forth on the Site. We will determine, in our sole discretion, whether you are eligible to participate in the Referral Program. If we determine that you can participate, we will provide you with a unique link (your "Referral Link"). to provide to third-parties who may be interested in our Services (each, a "Potential Referral"). A Potential Referral will become a Referral (eligible for Referral Fee as set forth below) if and only if (a) the Potential Referral is a new customer of our Services (and has not used our Services in the past), (b) the Potential Referral uses your Referral Link, and (c) the Potential Referral signs up for our Services.

If a Potential Referral becomes a Referral, you will be entitled to a Referral Fee that you can take either as a School Donation or as a Credit.

If you opt to take your Referral Fee in the form of a School Donation, we will provide a donation of $50 to a school district of your choice (from a list of eligible school districts). The Referral Fee amount will only be dispersed to the chosen school district has accumulated a minimum of $500 in Referral Fees. In the event Ownwell is unable to donate to the selected school district, Ownwell has the discretion to donate to a related organization and in a manner that is reasonably feasible to Ownwell.

Captured by FireShot Pro: 22 January 2026, 21:16:41
https://getfireshot.com

If you opt to take your Referral Fee in the form of a Credit, a $20 Credit will be applied against your invoiced amount for Services. In the event the invoiced amount is less than the Credit, any unused portion of the Credit will be applied to future invoiced amounts.

The Referral Fee has no cash value. Participation in the Referral Program is void where prohibited, taxed or otherwise restricted. Ownwell has the right to end or modify the Referral Program at any time. You may only participate in the Referral Program if you are a resident of the United States.

## Mortgage and Equity Monitoring Services

For our Mortgage and Equity Monitoring Services ("Mortgage Services"), the following supplemental terms apply.

In order to access and use our Mortgage Services, you will be required to provide information about your property, including but not limited to purchase date, purchase price, loan term, mortgage payment status, interest rate on loan, any extra contribution to principal. You may be presented with an opportunity to have this information populated by your mortgage provider. You are responsible for ensuring that such information is true, complete and accurate and for keeping such information up to date. Additionally, you must agree to "Turn on Monitoring" in order for Ownwell to provide Mortgage Services. By turning on monitoring and using our Mortgage Services, you agree to receive communications regarding deals and other opportunities related to your mortgage and property.

The information provided by the Mortgage Services is for informational purposes only and does not constitute financial advice. We do not guarantee the accuracy or completeness of the information provided by the Mortgage Services. UNDER NO CIRCUMSTANCES WILL OWNWELL BE LIABLE FOR ANY LOSS OR DAMAGE CAUSED BY YOUR RELIANCE ON INFORMATION OBTAINED THROUGH THE MORTGAGE SERVICES. We are not a financial advisor, and you should seek independent advice before making any financial decisions. You acknowledge and agree that Ownwell may share data you provide by customer to third parties to determine whether beneficial deals or other opportunities related to your property and/or mortgage are available. The accuracy of the Mortgage Services is dependent on the accuracy of the data provided.

## Insurance Services

For our Insurance Services ("Insurance Services"), the following supplemental terms apply.

Our Insurance Services are provided by Ownwell Insurance Services, LLC. The terms "Ownwell", "Company", "we", "us", or "our" shall include Ownwell Insurance Services, LLC for the purposes of such Insurance Services.

In order to access and use our Insurance Services, you must provide the requested information. You are responsible for ensuring that such information is true, complete and accurate and for keeping such information up to date.

Ownwell shall, based on such information, leverage third-party insurance brokers to run comparable insurance policies and rates across alternative insurance providers ("Insurers"). By signing up to receive Insurance Services, you agree to receive communications regarding deals and other opportunities offered by Insurers.

Notwithstanding the foregoing, you are solely responsible for connecting with Insurers to negotiate the actual insurance policy and such insurance policy (and the performance thereunder) will be solely between you and the Insurer. Only the Insurer will have the authority to bind the relevant insurance policy.

You may cancel the Insurance Services at any time; however, you will receive no refund of any fees paid for such Insurance Services. Additionally, cancelling the Insurance Services will have no impact on any insurance policies entered into with any Insurer in connection with such Insurance Services and such insurance policies shall continue in accordance with their own terms.

## Promotional Offers

These Terms apply to all promotions made available via the Site.

Any and all promotional offers ("Offers") are valid only when setting up a new and valid Ownwell account. New customers signing up for an account must be the property owner on record with the local County Assessor's Office or an agent/representative of the property, or an agent/representative of the property owner of record, who is legally obligated to pay the subject's property taxes. The new account must be started by either using the specific URL indicated or by scanning the QR code printed on the advertisement. Offers sent by postre only applicable to the current owner of the property printed on the postcard. Offer can only be redeemed for current Ownwell service areas. Offers will only be applied to the customer's first year of service. Customers will be disqualified and will not be entitled to receive the Offer if Ownwell has a record of their name, email, phone number, or credit card associated with a prior Ownwell order or associated with an existing active or inactive Ownwell account, or if otherwise suspected of fraudulent activity. Offers cannot be redeemed for cash or cash equivalent. Offers are not transferable and may not be auctioned, traded, copied, transferred, bartered, modified, or sold. Offers cannot be applied retroactively for prior sign-ups. Offers cannot be combined unless otherwise indicated. These Promotional Offer Supplemental Terms are subject to change by Ownwell at any time. Ownwell reserves the right to modify or cancel any Offers at any time. Void where restricted or prohibited by law. Ownwell specifically disclaims any obligation to pay any tax in conjunction with the distribution or use of any Offer(s).

## USER REGISTRATION

You may be required to register with the Site to interact with some of our Services. You agree to keep your password confidential and will be responsible for all use of your account and password. We reserve the right to remove, reclaim, or change a username you select if we determine, in our sole discretion, that such username is inappropriate, obscene, or otherwise objectionable.

## FEES AND PAYMENT

We accept the following forms of payment: Visa, Mastercard, American Express, Discover, and PayPal.

You may be required to make a purchase or pay a fee to access some of our Services. You agree to provide current, complete, and accurate purchase and account information for all purchases made via the Site. You further agree to promptly update account and payment information, including email address, payment method, and payment card expiration date, so that we can complete your transactions and contact you as needed. We bill you through an online billing account for purchases made via the Site. Sales tax will be added to the price of purchases as deemed required by us. We may change prices at any time.

All payments shall be made in U.S. dollars.

You agree to pay all charges or fees, at the prices then in effect, for your purchases, and you authorize us to charge your chosen payment provider for any such amounts upon making your purchase.

We reserve the right to correct any errors or mistakes in pricing, even if we have already requested or received payment. We also reserve the right to refuse any order placed through the Site.

## CANCELLATION

You can cancel your subscription at any time by contacting through the contact information provided below. Your cancellation will take effect at the end of the current paid term.

If you are unsatisfied with the Site or our Services, please contact us or call us at (512) 886 2282.

## PROHIBITED ACTIVITIES

You may not access or use the Site for any purpose other than that for which we make the Site available. The Site may not be used in connection with any commercial endeavors except those that are specifically endorsed or approved by us.

As a user of the Site, you agree NOT to do any of the following:

1. Systematically retrieve data or other content from the Site to create or compile, directly or indirectly, a collection, compilation, database, directory, catalogue, or similar instrument without our express and written permission;
2. Access or use the Site for any purposes other than the Permitted Purposes;
3. Use a buying agent or purchasing agent to make purchases on the Site;
4. Use the Site to advertise or offer to sell goods and services;
5. Make any unauthorized use of the Site, including but not limited to, the collection of usernames and/or email addresses of users, by electronic or other means, for any purpose;
6. Circumvent, disable, or otherwise interfere with security-related features of the Site, including, but not limited to, features that prevent or restrict the use or copying of any Content or enforce limitations on the use of the Site and/or the Content contained therein;
7. Engage in unauthorized framing of or linking to the Site;
8. Trick, defraud, or mislead us or other users for any reason, but especially in any attempt to discover sensitive account information such as user passwords;
9. Make improper use of our support services or submit false reports of abuse or misconduct;
10. Engage in any automated use of the system, such as using scripts to send comments or messages, or using any data mining, robots, or similar data gathering and extraction tools;
11. Interfere with, disrupt, or create any undue burden on the Site, or the networks or services connected to the Site;
12. Attempt to impersonate another person or use the username of another user;
13. Sell or otherwise transfer your profile;
14. Use any information obtained from the Site in order to harass, abuse, or harm another person;
15. Use the Site as part of any effort to compete with us or otherwise use the Site and/or the Content for any revenue-generating endeavor or commercial enterprise;
16. Decipher, decompile, disassemble, or reverse engineer any of the software comprising, or in any way making up, any part of the Site;
17. Attempt to bypass any measures of the Site designed to prevent or restrict access to the Site, or any portion of the Site;
18. Upload or transmit (or attempt to upload or transmit) viruses, Trojan horses, or other material, including excessive use of capital letters and spamming (continuous posting of repetitive text), that interferes with any party's uninterrupted use or enjoyment of the Site, or that modifies, impairs, disrupts, alters, or interferes with the use, features, functions, operation, or maintenance of the Site;
19. Upload or transmit (or attempt to upload or transmit) any material that acts as a passive or active information collection or transmission mechanism, including without limitation, clear graphics interchange formats ("gifs"), 1×1 pixels, web bugs, cookies, or other similar devices (sometimes referred to as "spyware" or "passive collection mechanisms" or "pcms");
20. Copy or adapt the Site's software, including but not limited to Flash, PHP, HTML, JavaScript, or other code;
21. Delete the copyright or other proprietary rights notice from any Content;
22. Harass, annoy, intimidate, or threaten any of our employees or agents engaged in providing any portion of the Site or our services to you;
23. Except as may be the result of standard search engine or internet browser usage, use, launch, develop, or distribute any automated system, including without limitation, any spider, robot, cheat utility, scraper, or offline reader that accesses the Site, or uses or launches any unauthorized script or other software;
24. Disparage, tarnish, or otherwise harm, in our opinion, us or the Site;
25. Use the Site in a manner inconsistent with any applicable laws or regulations;

## USER GENERATED CONTRIBUTIONS

The Site does not offer users to submit or post content. We may provide you with the opportunity to create, submit, post, display, transmit, perform, publish, distribute, or broadcast content and materials to us or on the Site, including but not limited to text, writings, video, audio, photographs, graphics, comments, suggestions, or personal information or other material (collectively, "Contributions"). Contributions may be viewable by other users of the Site and through third-party websites. As such, any Contributions you transmit will be treated in accordance with our Privacy Policy .

When you create or make available any Contributions, you thereby represent and warrant each of the following:

1. The creation, distribution, transmission, public display, or performance, and the accessing, downloading, or copying of your Contributions do not and will not infringe the proprietary, intellectual property, or moral rights, of any third party;
2. You are the creator and owner of, or have the necessary licenses, rights, consents, releases, and permissions to use, any Contributions you provide, and you further authorize us, the Site, and other users of the Site to use your Contributions in any manner contemplated by the Site and these Terms of Service;
3. Your Contributions are not false, inaccurate, or misleading;
4. Your Contributions are not unsolicited or unauthorized advertising, promotional materials, pyramid schemes, chain letters, spam, mass mailings, or other forms of solicitation;
5. Your Contributions are not obscene, lewd, lascivious, filthy, violent, harassing, libelous, slanderous, or otherwise objectionable (as determined by us);
6. Your Contributions do not ridicule, mock, disparage, intimidate, or abuse anyone;
7. Your Contributions do not violate any applicable law, regulation, or rule;
8. Your Contributions do not violate the privacy or publicity rights of any third party;
9. Your Contributions do not include any offensive comments that are connected to race, national origin, gender, sexual preference, physical handicap, or other protected category of persons;
10. Your Contributions do not otherwise violate, or link to material that violates, any provision of these Terms of Service or any applicable law or regulation.

Any use of the Site in contradiction of the foregoing violates these Terms of Service and may result in, among other things, termination or suspension of your rights to use the Site.

Captured by FireShot Pro: 22 January 2026, 21:16:41
https://getfireshot.com

## CONTRIBUTION LICENSE

By making a Contribution, you grant to us an irrevocable, perpetual, transferable, non-exclusive, fully-paid, worldwide, royalty-free license (sublicensable through multiple tiers) to:

- Use, distribute, reproduce, modify, adapt, publish, translate, publicly perform, and publicly display your Contributions (or any modification thereto), in whole or in part, in any format or medium now known or later developed;
- Use (and permit others to use) your Contributions in any manner and for any purpose (including, without limitation, commercial purposes) that We deem appropriate in our sole discretion (including, without limitation, to incorporate your Contributions or any modification thereto, in whole or in part, into any technology, product, or service);
- Display advertisements in connection with your Contributions and to use your Contributions for advertising and promotional purposes.

We may, but are not obligated to, pre-screen Contributions or monitor any area of this Site through which Contributions may be submitted. We are not required to host, display, or distribute any Contributions on or through this Site and may remove at any time or refuse any Contributions for any reason. We are not responsible for any loss, theft, or damage of any kind to any Contributions. Further, you agree that we may freely disclose your Contributions to any third party absent any obligation of confidence on the part of the recipient.

## INTELLECTUAL PROPERTY INFRINGEMENT

We respect the intellectual property rights of others and encourage you to do the same. Accordingly, we have a policy of removing Contributions that violate intellectual property rights of others, suspending access to this Site (or any portion thereof) to any user who uses this Site in violation of someone's intellectual property rights, and/or terminating in appropriate circumstances the account of any user who uses the this Site in violation of someone's intellectual property rights.

Pursuant to Title 17 of the United States Code, Section 512, We have implemented procedures for receiving written notification of claimed copyright infringement and for processing such claims in accordance with such law. If you believe your copyright or other intellectual property right is being infringed by a user of this Site, please provide written notice to our agent for notice of claims of infringement (our "Agent"):

Attn: _____ DMCA Agent
CC: ___
Email: ___

To be sure the matter is handled immediately, your written notice must:

- Contain your physical or electronic signature;
- Identify the copyrighted work or other intellectual property alleged to have been infringed;
- Identify the allegedly infringing material in a sufficiently precise manner to allow us to locate that material;
- Contain adequate information by which we can contact you (including postal address, telephone number, and e-mail address);
- Contain a statement that you have a good faith belief that use of the copyrighted material or other intellectual property is not authorized by the owner, the owner's agent or the law;
- Contain a statement that the information in the written notice is accurate; and
- Contain statement, under penalty of perjury, that you are authorized to act on behalf of the copyright or other intellectual property right owner.

Unless the notice pertains to copyright or other intellectual property infringement, the Agent will be unable to address the listed concern.

## Termination of Repeat Infringers

We reserve the right, in our sole discretion, to terminate the account or access of any user of this Site who is the subject of repeated DMCA or other infringement notifications.

## GUIDELINES FOR SUBMITTING REVIEWS

We may provide you areas on the Site to leave reviews or ratings. When posting a review, you must comply with the following criteria: (1) you should have firsthand experience with the person/entity being reviewed; (2) your review must not contain offensive profanity, or abusive, racist, offensive, or hate language; (3) your review must not contain discriminatory references based on religion, race, gender, national origin, age, marital status, sexual orientation, or disability; (4) your review must not contain references to illegal activity; (5) you must not be affiliated with competitors, if posting negative reviews; (6) your review must not make any conclusions as to the legality of conduct; (7) your review must not include any false or misleading statements; and (8) you may not organize a campaign encouraging others to post reviews, whether positive or negative.

We may accept, reject, or remove reviews in our sole discretion. We have absolutely no obligation to screen reviews or to delete reviews, even if anyone considers a review to be objectionable or inaccurate. Reviews are not endorsed by us, and do not represent our opinions or the views of any of our affiliates or partners. We do not assume liability for any review or for any claims, liabilities, or losses resulting from any review. By posting a review, you hereby grant to us a perpetual, non-exclusive, worldwide, royalty-free, fully-paid, assignable, and sublicensable right and license to reproduce, modify, translate, transmit by any means, display, perform, and/or distribute all content relating to said review.

## SUBMISSIONS

You acknowledge and agree that any questions, comments, suggestions, ideas, feedback, or other information regarding the Site ("Submissions") provided by you to us are non-confidential and shall become our sole property. Except as prohibited by applicable law, you hereby assign all right, title, and interest in, and we are free to use, without any attribution or compensation to you, any ideas, know-how, concepts, techniques, or other intellectual property and proprietary rights contained in the Submissions, whether or not patentable, for any purpose whatsoever, including but not limited to, developing, manufacturing, having manufactured, licensing, marketing, and selling, directly or indirectly, products and services using such Submissions. Where the foregoing assignment is prohibited by law, you hereby grant us an exclusive, transferable, worldwide, royalty-free, fully paid up license (including the right to sublicense) to use and exploit all Submissions as we may determine in our sole discretion. You hereby waive all moral rights to any such Submissions, and you hereby warrant that any such Submissions are original with you or that you have the right to submit such Submissions. You agree there shall be no recourse against us for any alleged or actual infringement or misappropriation of any proprietary

Captured by FireShot Pro: 22 January 2026, 21:16:41
https://getfireshot.com

right in your Submissions. Notwithstanding the foregoing, you understand and agree that we are not obligated to use, display, reproduce, or distribute any such ideas, know-how, concepts, or techniques contained in the Submissions, and you have no right to compel such use, display, reproduction, or distribution.

## THIRD-PARTY WEBSITES AND CONTENT

The Site may contain (or you may be sent via the Site) links to other websites ("Third-Party Websites") as well as articles, or other content or items belonging to or originating from third parties ("Third-Party Content"). Such Third-Party Websites and Third-Party Content are not investigated, monitored, or checked for accuracy, appropriateness, or completeness by us. Thus, we are not responsible for any Third-Party Websites accessed through the Site or any Third-Party Content posted on, available through, or installed from the Site, including the content, accuracy, offensiveness, opinions, reliability, privacy practices, other policies, or other information contained in the Third-Party Websites or through the Third-Party Content. Inclusion of, linking to, or permitting the use or installation of any Third-Party Websites or any Third-Party Content does not imply approval or endorsement thereof by us. If you decide to leave the Site and access a Third-Party Websites or to use or install any Third-Party Content, you do so at your own risk, and you should be aware these Terms does not govern interactions with any Third-Party Websites or Content. You should review the applicable terms and policies, including privacy and data gathering practices, of any website to which you navigate from the Site, or relating to any applications you use or install from the Site. Any purchases you make through Third-Party Websites will be through those websites and from other companies. We take no responsibility whatsoever in relation to such purchases, which are exclusively between you and the applicable Third-Party. You agree to acknowledge that we do not endorse the products or services offered on Third-Party Websites, and you shall hold us harmless from any harm caused by any purchase of such products or services. Additionally, you shall hold us harmless from any losses sustained by you, or harm caused to you, relating to or resulting in any way, from any Third-Party Content or any contact with Third-Party Websites.

## SITE MANAGEMENT

We reserve the right, but not the obligation, to: (1) monitor the Site for violations of these Terms of Service; (2) take appropriate legal action against anyone who, in our sole discretion, violates the law or these Terms of Service, including without limitation, reporting such user to law enforcement authorities; (3) in our sole discretion and without limitation, refuse, restrict access to, limit the availability of, or disable (to the extent technologically feasible) any of your Contributions or any portion thereof; (4) in our sole discretion and without limitation, notice, or liability, to remove from the Site or otherwise disable all files and content that are excessive in size or are in any way burdensome to our systems; and (5) otherwise manage the Site in a manner designed to protect our rights and property and to facilitate the proper functioning of the Site.

## PRIVACY POLICY

We care about data privacy and security. Please review our Privacy Policy. By using the Site, you agree to be bound by our Privacy Policy , which is incorporated into these Terms of Service. Please be advised the Site is hosted in the United States. If you access the Site from any other region of the world with laws or other requirements governing personal data collection, use, or disclosure that differ from applicable laws in the United States, then through your continued use of the Site, you are transferring your data to the United States, and you agree to have your data transferred to and processed in the United States

## TERM AND TERMINATION

These Terms of Service shall remain in full force and effect while you use the Site. WITHOUT LIMITING ANY OTHER PROVISION OF THESE TERMS OF SERVICE, WE RESERVE THE RIGHT TO, IN OUR SOLE DISCRETION AND WITHOUT NOTICE OR LIABILITY, DENY ACCESS TO AND USE OF THE SITE (INCLUDING BLOCKING CERTAIN IP ADDRESSES), TO ANY PERSON FOR ANY REASON OR FOR NO REASON, INCLUDING WITHOUT LIMITATION FOR BREACH OF ANY REPRESENTATION, WARRANTY, OR COVENANT CONTAINED IN THESE TERMS OF SERVICE OR OF ANY APPLICABLE LAW OR REGULATION. WE MAY TERMINATE YOUR USE OR PARTICIPATION IN THE SITE OR DELETE YOUR ACCOUNT AND ANY CONTENT OR INFORMATION THAT YOU POSTED AT ANY TIME, WITHOUT WARNING, IN OUR SOLE DISCRETION.

If we terminate or suspend your account for any reason, you are prohibited from registering and creating a new account under your name, a fake or borrowed name, or the name of any third party, even if you may be acting on behalf of the third party. In addition to terminating or suspending your account, we reserve the right to take appropriate legal action, including without limitation pursuing civil, criminal, and injunctive redress.

## MODIFICATIONS AND INTERRUPTIONS

We reserve the right, but disclaim the obligation, to change, modify, update, or remove the contents of the Site at any time or for any reason at our sole discretion without notice. We also reserve the right to modify or discontinue all or part of the Site without notice at any time. We will not be liable to you or any third party for any modification, price change, suspension, or discontinuance of the Site.

We cannot guarantee the Site will be available at all times. We may experience hardware, software, or other issues, or need to perform site related maintenance, which could result in interruptions, delays, or errors. We reserve the right to change, revise, update, suspend, discontinue, or otherwise modify the Site at any time or for any reason without notice to you. You agree that we have no liability whatsoever for any loss, damage, or inconvenience caused by your inability to access or use the Site during any downtime or discontinuance of the Site. Nothing in these Terms of Service shall be construed as an obligation for us to maintain and support the Site or to supply any corrections, updates, or releases in connection therewith.

## GOVERNING LAW

These Terms of Service and your use of the Site are governed by and construed in accordance with the laws of the State of Delaware applicable to agreements made within the United States and internationally, if applicable, without regard to its conflict of law principles.

## DISPUTE RESOLUTION

## Informal Negotiations

To expedite resolution and control the cost of any dispute, controversy, or claim related to these Terms of Service (each a "Dispute" and collectively, the "Disputes") brought by either you or us (individually, a "Party" and collectively, the "Parties"), the Parties agree to first attempt to negotiate any Dispute (except those Disputes expressly provided below) informally for at least thirty (30) days before initiating arbitration. Such informal negotiations commence upon written notice from one Party to the other Party.

## Binding Arbitration

If the Parties are unable to resolve a Dispute through informal negotiations, the Dispute (except those Disputes expressly excluded below) will be finally and exclusively resolved by binding arbitration. YOU UNDERSTAND THAT WITHOUT THIS PROVISION, YOU WOULD HAVE THE RIGHT TO SUE IN COURT. The arbitration shall be commenced and conducted under the Commercial Arbitration Rules of the American Arbitration Association ("AAA") and, where appropriate, the AAA's Supplementary Procedures for Consumer Related Disputes ("AAA Consumer Rules"), both of which are available at the AAA website www.adr.org. Your arbitration fees and your share of arbitrator compensation shall be governed by the AAA Consumer Rules and, where appropriate, limited by the AAA Consumer Rules. The arbitration may be conducted in person, through the submission of documents, by phone, or online. The arbitrator will make a decision in writing but need not provide a statement of reasons unless requested by either Party. The arbitrator must follow applicable law, and any award may be challenged if the arbitrator fails to do so. Except where otherwise required by the applicable AAA rules or applicable law, the arbitration will take place in Texas. Except as otherwise provided herein, the Parties may litigate in court to compel arbitration, stay proceedings pending arbitration, or to confirm, modify, vacate, or enter judgment on the award entered by the arbitrator.

If for any reason, a Dispute proceeds in court rather than arbitration, the Dispute shall be commenced or prosecuted in the state and federal courts located in Texas, and the Parties hereby consent to, and waive all defenses of lack of personal jurisdiction, and forum non-conveniens with respect to venue and jurisdiction in such state and federal courts. Application of the United Nations Convention on Contracts for the International Sale of Goods and the the Uniform Computer Information Transaction Act (UCITA) are excluded from these Terms.

In no event shall any Dispute brought by either Party related in any way to the Site be commenced more than one (1) years after the cause of action arose. If this provision is found to be illegal or unenforceable, then neither Party will elect to arbitrate any Dispute falling within that portion of this provision found to be illegal or unenforceable and such Dispute shall be decided by a court of competent jurisdiction within the courts listed for jurisdiction above, and the Parties agree to submit to the personal jurisdiction of that court.

## Restrictions

The Parties agree that any arbitration shall be limited to the Dispute between the Parties, individually, and specifically waive the right to file a class-action lawsuit. To the full extent permitted by law, (a) no arbitration shall be joined with any other proceeding; (b) there is no right or authority for any Dispute to be arbitrated on a class-action basis or to utilize class action procedures; and (c) there is no right or authority for any Dispute to be brought in a purported representative capacity on behalf of the general public or any other persons.

## Exceptions to Informal Negotiations and Arbitration

The Parties agree that the following Disputes are not subject to the above provisions concerning informal negotiations and binding arbitration: (a) any Disputes seeking to enforce or protect, or concerning the validity of, any of the intellectual property rights of a Party; (b) any Dispute related to, or arising from, allegations of theft, piracy, invasion of privacy, or unauthorized use; and (c) any claim for injunctive relief. If this provision is found to be illegal or unenforceable, then neither Party will elect to arbitrate any Dispute falling within that portion of this provision found to be illegal or unenforceable and such Dispute shall be decided by a court of competent jurisdiction within the courts listed for jurisdiction above, and the Parties agree to submit to the personal jurisdiction of that court.

## CORRECTIONS

There may be information on the Site that contains typographical errors, inaccuracies, or omissions, including descriptions, pricing, availability, and various other information. We reserve the right to correct any errors, inaccuracies, or omissions and to change or update the information on the Site at any time, without prior notice.

## DISCLAIMER

THE SITE IS PROVIDED ON AN AS-IS AND AS-AVAILABLE BASIS. YOU AGREE THAT YOUR USE OF THE SITE AND OUR SERVICES WILL BE AT YOUR SOLE RISK. TO THE FULLEST EXTENT PERMITTED BY LAW, WE DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, IN CONNECTION WITH THE SITE AND YOUR USE THEREOF, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. WE MAKE NO WARRANTIES OR REPRESENTATIONS ABOUT THE ACCURACY OR COMPLETENESS OF THE SITE'S CONTENT OR THE CONTENT OF ANY WEBSITES LINKED TO THE SITE AND WE WILL ASSUME NO LIABILITY OR RESPONSIBILITY FOR ANY (1) ERRORS, MISTAKES, OR INACCURACIES OF CONTENT AND MATERIALS, (2) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO AND USE OF THE SITE, (3) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION AND/OR FINANCIAL INFORMATION STORED THEREIN, (4) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM THE SITE, (5) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE WHICH MAY BE TRANSMITTED TO OR THROUGH THE SITE BY ANY THIRD PARTY, AND/OR (6) ANY ERRORS OR OMISSIONS IN ANY CONTENT AND MATERIALS OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF ANY CONTENT POSTED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE VIA THE SITE. WE DO NOT WARRANT, ENDORSE, GUARANTEE, OR ASSUME RESPONSIBILITY FOR ANY PRODUCT OR SERVICE ADVERTISED OR OFFERED BY A THIRD PARTY THROUGH THE SITE, ANY HYPERLINKED WEBSITE, OR ANY WEBSITE OR MOBILE APPLICATION FEATURED IN ANY BANNER OR OTHER ADVERTISING, AND WE WILL NOT BE A PARTY TO OR IN ANY WAY BE RESPONSIBLE FOR MONITORING ANY TRANSACTION BETWEEN YOU AND ANY THIRD-PARTY PROVIDERS OF PRODUCTS OR SERVICES. AS WITH THE PURCHASE OF A PRODUCT OR SERVICE THROUGH ANY MEDIUM OR IN ANY ENVIRONMENT, YOU SHOULD USE YOUR BEST JUDGMENT AND EXERCISE CAUTION WHERE APPROPRIATE.

## LIMITATIONS OF LIABILITY

IN NO EVENT WILL WE OR OUR DIRECTORS, EMPLOYEES, OR AGENTS BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY DIRECT, INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, OR PUNITIVE DAMAGES, INCLUDING LOST PROFIT, LOST REVENUE, LOSS OF DATA, OR OTHER DAMAGES ARISING FROM YOUR USE OF THE SITE, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, OUR LIABILITY TO YOU FOR ANY CAUSE WHATSOEVER AND REGARDLESS OF THE FORM OF THE ACTION, WILL AT ALL TIMES BE LIMITED TO THE AMOUNT PAID, IF ANY, BY YOU TO US DURING THE THREE (3) MONTH PERIOD PRIOR TO ANY CAUSE OF ACTION ARISING. CERTAIN US STATE LAWS AND INTERNATIONAL LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MAY HAVE ADDITIONAL RIGHTS.

## INDEMNIFICATION

You agree to defend, indemnify, and hold us harmless, including our subsidiaries, affiliates, and all of our respective officers, agents, partners, and employees, from and against any loss, damage, liability, claim, or demand, including reasonable attorneys' fees and expenses, made by any third party due to or arising out of: (1) use of the Site; (2) breach of these Terms of Service; (3) any breach of your representations and warranties set forth in these Terms of Service; (4) your violation of the rights of a third party, including but not limited to intellectual property rights; or (5) any overt harmful act toward any other user of the Site with whom you connected via the Site. Notwithstanding the foregoing, we reserve the right, at your expense, to assume the exclusive defense and control of any matter for which you are required to indemnify us, and you agree to cooperate, at your expense, with our defense of such claims. We will use reasonable efforts to notify you of any such claim, action, or proceeding which is subject to this indemnification upon becoming aware of it.

## USER DATA

We will maintain certain data that you transmit to the Site for the purpose of managing the performance of the Site, as well as data relating to your use of the Site. Although we perform regular routine backups of data, you are solely responsible for all data that you transmit or that relates to any activity you have undertaken using the Site. You agree that we shall have no liability to you for any loss or corruption of any such data, and you hereby waive any right of action against us arising from any such loss or corruption of such data.

## ELECTRONIC TRANSACTIONS AND SIGNATURES

You agree that all agreements, notices, disclosures, and other communications we provide to you electronically, via email and on the Site, satisfy any legal requirement that such communication be in writing. YOU HEREBY AGREE TO THE USE OF ELECTRONIC SIGNATURES, CONTRACTS, ORDERS, AND OTHER RECORDS DOCUMENTING YOUR TRANSACTION WITH US. To the extent permitted by law, you agree to waive any rights or requirements under any statutes, regulations, rules, ordinances, or other laws in any jurisdiction which require an original signature or delivery or retention of non-electronic records, or to payments or the granting of credits by any means other than electronic means.

## CONSENT TO RECEIVE EMAILS, TEXT MESSAGES, AND CALLS

You consent to receive emails, text messages, and phone calls from us, and other parties acting on our behalf, at the email address(es) and telephone number(s) you provide to us, even if you are on a federal or state do-not-call registry. The emails, text messages, and phone calls may contain marketing, advertising, or other promotional information. You may opt out of receiving such emails, phone calls, or text messages at any time by following the unsubscribe instructions provided to you or by contacting us. You may also opt out of receiving such text messages by replying STOP, END, CANCEL OR QUIT to any text message that you receive.

## CALIFORNIA CONSUMER NOTICE

Under California Civil Code Section 1789.3, California users are entitled to the following consumer rights notice: This Site (including both the Website and the Services) is provided by Ownwell, Inc. If you have a question or complaint regarding the Site, please contact Customer Service at hello@ownwell.com. You may also contact us by writing Ownwell, Inc., 1703 W 5th Street, Ste 625, Austin, TX 78703-5392, United States. California residents may reach the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by post at 1625 North Market Blvd., Sacramento, CA 95834 or by telephone at (916) 445-1254 or (800) 952-5210 or Hearing Impaired at TDD (800) 326-2297 or TDD (916) 322-1700.

## MISCELLANEOUS

These Terms of Service and any policies or operating rules posted by us on the Site or in respect to the Site constitute the entire agreement and understanding between you and us. Our failure to exercise or enforce any right or provision of these Terms of Service shall not operate as a waiver of such right or provision. These Terms of Service operate to the fullest extent permissible by law. We may assign any or all of our rights and obligations to others at any time. We shall not be responsible or liable for any loss, damage, delay, or failure to act caused by any action or inaction beyond our reasonable control. If any provision or part of a provision of these Terms of Service is determined to be unlawful, void, or unenforceable, that provision or part of the provision is deemed severable from these Terms of Service and does not affect the validity and enforceability of any remaining provisions. There is no joint venture, partnership, employment, or agency relationship created between you and us as a result of these Terms of Service or use of the Site. You agree that these Terms of Service will not be construed against us by virtue of having drafted them. You hereby waive any and all defenses you may have based on the electronic form of these Terms of Service and the lack of signing in ink by the parties hereto to execute these Terms of Service.

**CONTACT US**

In order to resolve a complaint regarding the Site or to receive further information regarding use of the Site, please contact us at:

Ownwell, Inc.
1703 W 5th Street
Ste 625
Austin, TX 78703-5392
United States
Phone: 512 886 2282
Email: hello@ownwell.com



| COMPANY | RESOURCES | SUPPORT | STATES |
|---|---|---|---|
| About | Case Studies | Help Center | Texas |
| Pricing | Blog | | Illinois |
| Careers | Testimonials | | Florida |
| Become a Partner | Templates | | Georgia |
| | | | California |
| | | | Washington |
| | | | New York |

Privacy Policy | Terms of Service | Accessibility | Disclosures
© 2024 Ownwell, Inc. All rights reserved.

# EXHIBIT V

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **ISLAND PEAK GROUP, LLC D/B/A TEXAS TAX PROTEST,** | § § § | |
| *Plaintiff,* | § § | **Case No. 3:24-cv-03135-D** |
| **vs.** | § § § | **Consolidated with:** |
| **OWNWELL, INC.** | § § | **Case No. 3:25-cv-1073** |
| *Defendant.* | § § | |

**PLAINTIFF'S OBJECTIONS AND ANSWERS TO
DEFENDANT'S FIRST SET OF INTERROGATORIES**

TO:   Defendant Ownwell, Inc., by and through its counsel of record, Bety Javidzad and James Tuck, Dentons US LLP, 601 S. Figueroa St. # 2500, Los Angeles, CA 90017 and 100 Crescent Circle, Suite 900, Dallas, Texas 75201.

Plaintiff Island Peak Group, LLC d/b/a Texas Tax Protest serves the following Objections and Answers to Defendant's First Set of Interrogatories, pursuant to the Federal Rules of Civil Procedure.

# DEFINITIONS

1.      The "Rules of Civil Procedure" or the "Rules" shall mean the Federal Rules of Civil Procedure.

2.      "Ownwell" shall refer to Defendant Ownwell, Inc.

3.      "This lawsuit" or "the lawsuit" shall mean the lawsuit pending in the United States District Court for the Northern District of Texas, styled more particularly as seen at the top of this document.

4.      "Plaintiff" and "TTP" and "ICON" shall mean Plaintiff Island Peak Group, LLC d/b/a Texas Tax Protest and d/b/a ICON Property Tax Appeal

5.      As used herein, the term "communication" means any oral or written utterance, notation, or statement of any nature whatsoever, by and to whomsoever made, including, but not limited to, correspondence, conversations, dialogues, discussions, interviews, consultations, agreements, and other understandings between or among two or more persons.

6.      As used herein "person" or "persons" means not only natural persons, but also corporations, partnerships, organizations, associations, industry groups, entities, joint venturers, corporations, natural persons, or any government or governmental entity, commission or agency and any divisions or departments or other units of any of the entities defined herein.

7.      "Relating to" or "Related to" whether capitalized or not, shall mean concerning, regarding, referring to, evidencing, explaining, constituting or comprising.

## PRELIMINARY OBJECTIONS

1.      Plaintiff objects to the Definitions and Instructions to the extent they purport to impose obligations or duties on Plaintiff not required by the Rules.

2.      Plaintiff also objects to the definitions of "YOU" or "YOUR" to extend to seemingly anyone who has performed work for Plaintiff at any time. Moreover, Defendant's apparent attempt to include attorneys in its definition of "YOU" or "YOUR" is an impermissible incursion into the attorney-client and/or work-product privileges.

3.      Plaintiff's decision to provide documents or information notwithstanding the objectionable nature of any particular Interrogatory should not be construed as a waiver of any or all of the objections stated herein. Any statement herein that Plaintiff will provide documents or information responsive to a particular interrogatory is not a representation that such documents or information exist or are within Plaintiff's possession, custody, or control. Rather, such a statement indicates that, if Plaintiff has such responsive documents or information within its possession, custody, or control, and the production of such documents or information is not otherwise objected to, Plaintiff will provide such documents subject to the Preliminary Objections set forth herein.

4.      Plaintiff reserves the right to assert additional objections and to supplement or amend its objections and responses to the interrogatories.

5.      No response herein shall constitute an admission respecting the relevance or admissibility into evidence of any statement or characterization contained in the interrogatories.

6.      Plaintiff's responses to the interrogatories may not be complete since discovery in this matter is ongoing. Plaintiff will not be limited by these responses herein if, as this

matter progresses, Plaintiff gathers additional documents or information responsive to the interrogatories. Plaintiff's investigation of the facts relating to this action is continuing and not all relevant facts, witnesses, or documents are known to Plaintiff at this time.

**OBJECTIONS AND RESPONSES TO INTERROGATORIES**

As an initial matter, all substantive responses below, including all lists of personal and third parties, are designated as Confidential Attorney Eyes Only and are subject to the confidentiality provisions set out in the Protective Order (Doc. #44) that has been entered in this case. All documents cited in support are designated as Confidential Attorney Eyes Only should be treated in accordance with their confidentiality designations.

**INTERROGATORY 1:** Please identify the person or persons answering these Interrogatories or who contributed information used in answering these Interrogatories. If more than one person provided the answers or information, identify the specific Interrogatories and which parts of each Interrogatories each person contributed to if more than one person contributed to answering a particular Interrogatory.

**ANSWER:**

Nicholas Olenec, Blair Printy and Travis Canady supplied information responsive to interrogatories, and answers were drafted with the assistance of counsel.

**INTERROGATORY 2**: Please identify all content that Plaintiff copied or caused to be copied from Ownwell, including the three pieces of content identified in paragraph 140 of Ownwell's Amended Complaint that were copied from https://www.ownwell.com/ and published on https://www.iconpropertytax.com/, and how it has been utilized by Plaintiff.

**ANSWER**:

Plaintiff objects to the ambiguity of the Request, specifically as to the "copied " term, and "caused to be copied" terms. Subject to and without waiving the foregoing objections, Plaintiff answers as follows:

In the process of designing a new website for Plaintiff's "ICON Property Tax Appeal" brand and service, Plaintiff referenced several websites for other tax protest providers, including Ownwell's website, to gather general ideas for the layout, formatting, and types of informational content typically included in the industry. During that process, certain placeholder material was imitated or borrowed for place-keeping and/or formatting purposes, with the intention that any language imitated or borrowed would be changed and/or rewritten prior to the public launch.

It appears that the three items referenced were not rewritten prior to the public launch. The inclusion of those items was inadvertent and unintentional. All such content has since been revised and replaced with original language created by Plaintiff.

**PLAINTIFF'S OBJECTIONS AND ANSWERS TO**
**DEFENDANT'S FIRST SET OF INTERROGATORIES**                                    **Page 5**

**INTERROGATORY 3**: Please identify (by name and title) each of Plaintiff's supervisory employees responsible for the information, data, and/or content published on the https://www.texastaxprotest.com/ and/or the https://www.iconpropertytax.com websites and domains from January 1, 2020, to the present.

> **ANSWER**:
>
> Nicholas Olenec and Travis Canady.

**INTERROGATORY 4**: Please identify all advertising and other promotional materials, including all direct mailer campaigns, for Plaintiff's property tax consulting and/or property tax protest services referencing or concerning providing customers and/or potential customers an estimate and/or potential or possible savings from January 1, 2010, to the present.

> **ANSWER**:
>
> Plaintiff objects to this interrogatory as it is overly broad and global, not properly limited in time, scope or relation to the facts, claims or defenses at issue in this lawsuit. Plaintiff also objects to this interrogatory as it is irrelevant to any material issue in this lawsuit and not reasonably calculated to lead to the discovery of admissible evidence.
>
> Subject to and without waiving the foregoing objections, Plaintiff answers as follows:
>
> Plaintiff has utilized, and continues to utilize a variety of advertising and promotional methods for its property tax consulting and protest services, including direct mail campaigns, online advertisements through its websites (www.texastaxprotest.com and www.iconpropertytax.com), digital advertisements purchased through Google, social media advertising, as well as occasional postcards, and billboards.
>
> Plaintiff's marketing materials generally references publicly available data to inform potential customers about estimated tax liability, anticipated tax increases, and other general information relevant to the customer's property.

**INTERROGATORY 5**: Please identify all advertising and other promotional materials, including all direct mailer campaigns, for Plaintiff's property tax consulting and/or property tax protest services referencing or featuring a tax rate from January 1, 2010, to the present.

> **ANSWER**:
>
> Plaintiff objects to this interrogatory as it is overly broad and global, not properly limited in time, scope or relation to the facts, claims or defenses at issue in this lawsuit. Plaintiff also objects to this interrogatory as it is irrelevant to any material issue in this lawsuit and not reasonably calculated to lead to the discovery of admissible evidence.

Plaintiff has utilized, and continues to utilize, a variety of advertising and promotional methods for its property tax consulting and protest services, including direct mail campaigns, online advertisements through its websites (www.texastaxprotest.com and www.iconpropertytax.com), digital advertisements purchased through Google, social media advertising, as well as occasional postcards, and billboards.

Plaintiff's marketing materials generally references or displays tax rates for illustrative purposes. Any such tax rates are derived from publicly available information and are calculated for each property or geographic area based on its applicable taxing jurisdictions.

**INTERROGATORY 6**: Please identify each state in which Plaintiff offers property tax consulting and/or property tax protest services, including the date of first sale in each state.

**ANSWER**:

As a general premise, Plaintiff will attempt to assist customers with property tax protest services in any state, although Plaintiff does not promote itself in the majority of states. Through its "Texas Tax Protest" brand and service, Plaintiff provides property tax protest services primarily to customers in Texas. Through its "ICON Property Tax Appeal" brand and service, Plaintiff offers property tax protest services to customers in Texas, North Carolina, Florida, Illinois, California and New York. Plaintiff presently directs the majority of its advertising in Texas and North Carolina. The dates of provision of service from 2020 to the present can be found on the chart included in the answer to Interrogatory 14.

**INTERROGATORY 7**: Please identify the number of customer and/or potential customers, including which state the property was in, that have received property insights via the feature that has been made available on the https://www.iconpropertytax.com/signup/ website on or after January 1, 2023. An example of the property insights (STEP 2) offering available on https://www.iconpropertytax.com/signup/ is displayed below:



**ANSWER**:

The "property insights" feature was only available between April 12, 2025 and June 30, 2025. During that time frame, 7,426 visitors accessed that page. Plaintiff notes that the "property insights" feature was only available to visitors who entered Texas addresses. It was not available to visitors who entered addresses in other states.

**INTERROGATORY 8**: Please identify all proprietary software and data algorithms used to analyze customers and/or potential customers for Please identify all advertising and other promotional materials, including all direct mailer campaigns, for Plaintiff's property tax consulting and/or property tax protest services referencing or featuring a tax rate from January 1, 2020, to the present.

> **ANSWER**:
>
> Plaintiff objects to this interrogatory to the extent that it is vague and ambiguous and appears to be a fusion of two different interrogatories and incomplete as to phrase the "data algorithms used to analyze customers and/or potential customers" such that Plaintiff is unsure how to answer it. Furthermore, this interrogatory appears to be duplicative, at least in part, of Interrogatory No. 5.

**INTERROGATORY 9**: Please describe the facts and circumstances concerning how the three pieces of content identified in paragraph 140 of Ownwell's Amended Complaint that were copied from https://www.ownwell.com/ and published on https://www.iconpropertytax.com/, including the identity of all persons or companies involved in the decision and act of copying the content.

> **ANSWER**:
>
> Plaintiff objects to the ambiguity of the Request, specifically as to the "copied " term, and "copying" terms. Subject to and without waiving the foregoing objections, Plaintiff answers as follows:
>
> In the process of designing a new website for Plaintiff's "ICON Property Tax Appeal" brand and service, Plaintiff referenced several websites for tax protest providers, including Ownwell's website, to gather general ideas for the layout, formatting, and types of informational content typically included in the industry. During that process, certain placeholder material was imitated or borrowed for place-keeping and/or formatting purposes, with the intention that any language imitated or borrowed would be changed and/or rewritten prior to the public launch.
>
> It appears that the three items referenced were not rewritten prior to the public launch. The inclusion of those items was inadvertent and unintentional. All such content has since been revised and replaced with original language created by Plaintiff.
>
> Travis Canady and Nicholas Olenec were involved with the design of the website and its contents.

**INTERROGATORY 10**: Please identify the persons (as defined above) who signed up for and/or attempted to sign up for Ownwell's property tax consulting and/or property tax protest services detailed in paragraph 32 of the Original Complaint.

**ANSWER**:

To Plaintiff's knowledge, Nicholas Olenec is one such person. Plaintiff is presently unaware of all the other persons who may have had similar experiences.

**INTERROGATORY 11**: Please identify all persons (as defined above) involved with the creation, preparation, production, and/or publishment of the advertisement discussed in paragraph 104 in the Amended Complaint that was filed in the Second Case.

**ANSWER**:

Nicholas Olenec and Travis Canady, along with the advertising firm Chamber Media (including David Aller, Courtney Graf and Michael Mendieta).

**INTERROGATORY 12**: Please identify all persons (as identified above) who have been involved in scraping https://www.iconpropertytax.com/ website and domain.

**ANSWER**:

Plaintiff objects to the ambiguity of the Request, specifically as to the "scraping " term. Subject to and without waiving the foregoing objections, Plaintiff answers as follows:

Plaintiff is unaware of any parties "scraping" or taking data from the www.iconpropertytax.com website and domain.

**INTERROGATORY 13**: Please identify all content, data, and/or information that Plaintiff has scraped from https://www.ownwell.com/.

**ANSWER**:

Plaintiff objects to the ambiguity of the Request, specifically as to the "scraped" term. As the term "scraped" is not defined, Plaintiff is uncertain what the term means in the context of the interrogatory and what information Defendant is seeking. Subject to and without waiving the foregoing objections, Plaintiff answers as follows:

Plaintiff has not "scraped" Ownwell's website, as Plaintiff understands that term. Plaintiff did, however, collect publicly available data from the public-facing portions of Ownwell's website, specifically to evaluate Ownwell's marketing representations regarding projected or estimated tax savings offered to consumers. Plaintiff has been very skeptical about Ownwell's ability to deliver on the projected and/or estimated "savings" that Ownwell provides to potential customers at the click of a mouse, and whether Ownwell comes anywhere close to those projections.

Ownwell's website includes a feature that allows any member of the public to input a property address and instantly receive an estimated or projected tax savings. To assess

**PLAINTIFF'S OBJECTIONS AND ANSWERS TO**
**DEFENDANT'S FIRST SET OF INTERROGATORIES**                                                    **Page 9**

the accuracy of those public claims, Plaintiff used automated methods to systematically record the publicly displayed data generated by that feature for a representative set of properties. Plaintiff collected this publicly available data for the purpose of comparing the projected or estimated savings displayed on Ownwell's website with the actual tax outcomes reflected in publicly available data from 12 Texas counties.

This data collection was limited in scope, directed solely at publicly available content, and conducted for evidentiary and analytical purposes only. It was not performed for marketing or solicitation. No protected, private, or non-public information was accessed or collected.

**INTERROGATORY 14**: Please identify by year the number of customers that received property tax consulting and/or property tax protest services from Plaintiff since January 1, 2020, broken down by which state the corresponding address was located in.

    **ANSWER**:

| Year | State | Count |
|------|-------|-------|
| 2020 | Florida | 57 |
| 2020 | North Carolina | 123 |
| 2020 | Texas | 41,804 |
| 2021 | North Carolina | 278 |
| 2021 | Texas | 53,884 |
| 2021 | Wisconsin | 3 |
| 2022 | Illinois | 1 |
| 2022 | North Carolina | 1 |
| 2022 | Texas | 57,385 |
| 2023 | Colorado | 5 |
| 2023 | North Carolina | 603 |
| 2023 | Texas | 60,656 |
| 2024 | North Carolina | 145 |
| 2024 | Okahoma | 1 |
| 2024 | Texas | 57,259 |
| 2024 | Utah | 2 |
| 2025 | *Pending Completion of Appeals and/or results logging* | |

**INTERROGATORY 15**: Please identify all legacy clients (by address and name) that Plaintiff alleges it has lost because of Ownwell's actions as described in paragraph 27 of Plaintiff's Original Complaint.

    **ANSWER**:

Plaintiff has lost many legacy clients due to Ownwell's advertising tactics that Plaintiff alleges are false and misleading. At this time, that information is based on anecdotal information, but Plaintiff estimates it is more than 1,000 clients. Plaintiff is attempting to obtain more information on the precise number of clients, at least in major counties in Texas, which takes a great deal of time and effort to pull the files from the counties themselves. Plaintiff will supplement this response once such information is compiled.

**INTERROGATORY 16**: Please identify all legacy clients (by address and name) that Plaintiff alleges it has lost because of Ownwell's actions as described in paragraph 27 of Plaintiff's Original Complaint.

**ANSWER**:

Plaintiff objects to this interrogatory as being duplicative of Interrogatory No. 15, and therefore simply incorporates its response to Interrogatory No. 15.

**INTERROGATORY 17**: Please describe the facts and circumstances concerning the property tax consulting and/or property tax protest services received by the person (as defined above) featured in the advertisement discussed in paragraph 104 of Ownwell's Amended Complaint, including the name of the company that provided the services, the year the services were provided, and the fee (including initial valuation of her property, the new valuation of her property after receiving said services, and invoiced dollar amount for said services) that she paid for the services.

**ANSWER**:

That advertisement provides a fictional account with an actor portrayal in a parody advertisement.

**INTERROGATORY 18**: Please identify all persons (as defined above) Plaintiff has consulted with about obtaining online reviews for its property tax consulting and/or property tax protest services from customers and/or potential customers.

**ANSWER**:

Plaintiff objects to the ambiguity of the Request, specifically as to the "consulted" term. As the term "consulted" is not defined, Plaintiff is uncertain what the term means in the context of the interrogatory and what information Defendant is seeking. Subject to and without waiving the foregoing objections, Plaintiff answers as follows:

Plaintiff has not consulted with anyone about "obtaining online reviews." It has asked customers and potential customers to leave reviews.

Dated:  October 17, 2025.          Respectfully submitted,


By:      /s/ Worthy Walker
         David W. Elrod
         Tex. State Bar No. 06591900
         delrod@shackelford.law
         Worthy Walker
         Tex. State Bar No. 24033308
         wwalker@shackelford.law

**SHACKELFORD, MCKINLEY & NORTON, LLP**
9201 N. Central Expressway, 4th Floor
Dallas, Texas 75231
Telephone: 214.780.1400
Facsimile: 214.780.1401

**ATTORNEYS FOR PLAINTIFF
ISLAND PEAK GROUP, LLC
D/B/A TEXAS TAX PROTEST**

## CERTIFICATE OF SERVICE

I certify that this document was served on all counsel of record via e-mail and first

class mail on October 17, 2025.


                    /s/ Worthy Walker
                    Worthy Walker

**PLAINTIFF'S OBJECTIONS AND ANSWERS TO
DEFENDANT'S FIRST SET OF INTERROGATORIES                                    Page 12**

## VERIFICATION

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF DALLAS** | § |

BEFORE ME, the undersigned authority, personally appeared, Nicholas Olenec, an authorized representative for Island Peak Group, LLC, who stated, upon oath, that the statements made in the foregoing instrument are within his personal knowledge or based upon information available to him and are true and correct.

Nicholas Olenec, Authorized Representative
Island Peak Group, LLC

SUBSCRIBED AND SWORN TO BEFORE ME on this **17** day of October, 2025.

Notary Public, State of Texas



LIZETT PUGLIESE
My Notary ID # 133778189
Expires May 24, 2026